DARRYL J. HOROWITT #100898
DANIA M. ALVARENGA #244486
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant,
GULF STREAM COACH, INC.,
an Indiana corporation

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER, | NO. CV 08 2903 |
|---|---|
| Plaintiff(s), | NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY) |
| v. | |
| GULF STREAM COACH, INC., and DOES 1 through 30, | |
| Defendant(s). | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, GULF STREAM COACH, INC., an Indiana corporation, sued herein as GULF STREAM COACH, INC., hereby removes to this Court the State Court action described below.

1.  On or about April 21, 2008, an action was commenced in the Superior Court of the State of California in and for the County of Sonoma entitled "*Acquair Ventures, LLC, Antonia Citrino, and Joseph Geiger, Plaintiff, v. Gulf Stream Coach, Inc., and Does 1 through 30, inclusive, Defendants*," docketed as Case Number SCV242752. A true and correct copy of the complaint is attached hereto as Exhibit "A."

2.  The first date upon which defendant received a copy of the complaint was on or about May 14, 2008, when defendant was served with a copy of the complaint and summons. A

copy of the summons is attached hereto as Exhibit "B."

3. Plaintiffs' complaint seeks damages for violation of Consumer Warranty Acts and negligence. The total purchase price of the vehicle in question was $206,543.00. Plaintiffs allege that the damages suffered include, but are not limited to, the purchase of the vehicle, damages associated with the loss of use of vehicle, cost of repairs, and other incidental and consequential damages. In total, Plaintiffs seek damages in an amount well over $206,543.00.

4  This action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed by defendant pursuant to the provisions of 28 U.S.C. § 1441(b), in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs, because plaintiff's complaint seeks damages for more than $206,543.00.

5  Defendant is informed and believes and thereon alleges that plaintiff, ANTONIA CITRINO is an individual residing in Santa Rosa, Sonoma County, California.

6. Defendant is informed and believes and thereon alleges that plaintiff, JOSEPH GEIGER is an individual residing in Santa Rosa, Sonoma County, California.

7. Defendant is informed and believes and thereon alleges that Plaintiff AQUAIR VENTURES, LLC, is a Montana corporation, with its principal place of business located in the State of California.

8. Defendant is an Indiana corporation, having its principal place of business at the time of the filing of this action and continuing at all times thereafter, within the State of Indiana, and is the only defendant that has been served with a Summons and Complaint in this action.

Dated: June 10, 2008

COLEMAN & HOROWITT, LLP

By: _____
DAMIA M. ALVARENGA
Attorneys for Defendant
GULF STREAM COACH, INC.,
an Indiana corporation

2

| | |
|---|---|
| 1  DONALD F. SETH, ESQ.<br>    SBN 92318<br> 2  290 B Street, Suite 205<br>    Santa Rosa CA 95401<br> 3  Tel: (707) 545-6370<br>    Fax: (707) 545-9770<br> 4<br> 5  Attorney for Plaintiff | ENDORSED<br>FILED<br><br>APR 21 2008<br><br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF SONOMA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SONOMA

| | |
|---|---|
| AQUAIR VENTURES, LLC,<br>ANTONIA CITRINO, and<br>JOSEPH GEIGER,<br><br>    Plaintiff,<br><br>vs.<br><br>GULF STREAM COACH, INC.,<br>and Does 1 through 30,<br><br>    Defendants. | Case No. SCV242752<br><br>COMPLAINT FOR DAMAGES,<br>VIOLATION OF CONSUMER<br>WARRANTY ACTS AND<br>NEGLIGENCE<br><br>**UNLIMITED CIVIL CASE** |

Plaintiff alleges:

### JURISDICTION

(1)

Plaintiffs ANTONIA CITRINO and JOSEPH GEIGER are individuals residing in Santa Rosa, California, and the sole owners of AQUAIR VENTURES.

(2)

Plaintiff is informed and believes and thereupon alleges that defendant GULF STREAM COACH, INC., is and at all times relevant herein was a corporation authorized to do business and doing business in the State of California, including the City of Santa Rosa and County of Sonoma.

COMPLAINT

(3)

Plaintiff does not know the true names and capacities, whether corporate, partnership, associate, individual or otherwise of defendants sued herein as Does 1 through 30, under the provisions of Section 474 of the California Code of Civil Procedure. Plaintiff is informed and believes, and on that basis alleges that defendants Does 1 through 30 are in some manner responsible for the acts, occurrences and transactions set forth herein, and are legally liable to plaintiff. Plaintiff will seek leave to amend this complaint to set forth the true names and capacities of said fictitiously-named defendants, together with appropriate charging allegations, when ascertained.

(4)

Plaintiff is informed and believes, and on that basis alleges that at all times mentioned herein each defendant, whether actually or fictitiously named herein, was the principal, agent (actual or ostensible), or employee of each other defendant, and in acting as such principal or within the course and scope of such employment or agency, took some part in the acts and omissions hereinafter set forth, by reason of which each defendant is liable to plaintiff for the relief prayed for herein.

ACTS OF DEFENDANTS

(5)

On or about May 18, 2006, plaintiff purchased a new 2006 Gulf Stream Tour Master motorhome, VIN 4UZAB2CY46CW81682 (hereafter referred to as the "vehicle") from California RV Supercenter, a GULF STREAM dealer, for a total purchase price of $206,543.00. The vehicle was a new motor vehicle as defined in California Civil Code Section 1793.22(e)(2), and was purchased primarily for personal and family use. A true and correct copy of the Retail Installment Sale Contract is attached hereto as Exhibit "A" and incorporated herein by reference.

///

(6)

Plaintiff's purchase of the vehicle was accompanied by express and implied warranties offered by defendant GULF STREAM and extending to plaintiff. These warranties were part of the basis of the bargain of plaintiff's contract for the purchase of the vehicle.

(7)

GULF STREAM'S basic warranty covered any repairs, replacements or adjustments needed during the warranty period due to defects in factory materials or workmanship. The basic coverage period was two years or 24,000 miles, whichever came first, on the floor, walls and roof, and one year or 12,000 miles in the construction of the vehicle and its original components. All warranty repairs and adjustments, including parts and labor, were to be made at no charge.

(8)

In fact, when delivered, the vehicle was defective in materials and workmanship, such defects being discovered within the warranty periods. Among other things, the windshield did not fit properly and came out of the frame while the vehicle was traveling on the highway.

(9)

Plaintiff delivered the vehicle to California RV Supercenter, a repair facility in this state, and notified defendant GULF STREAM of the nonconformity in writing. Thereafter, defendants made a reasonable number of attempts, not less than four, to service or repair the vehicle to conform to the express warranty. Those attempts were unsuccessful, in that the windshield still does not fit properly, so that water enters the passenger cabin of the RV during rain and when the vehicle is washed.

(10)

The nonconformities in the vehicle substantially impaired its use, value and safety.

(11)

Plaintiff notified GULF STREAM that the vehicle was defective and that plaintiff

desired a buy-back. Defendants and each of them failed and refused to reimburse plaintiff as required by California law.

## FIRST CAUSE OF ACTION

(Willful Violation of the Song-Beverly Consumer
Warranty Act, Civil Code Section 1790 et seq.)

(12)

Plaintiff realleges and incorporates by reference herein each and every allegation set forth in paragraphs 1 through 11.

(13)

The vehicle purchased by plaintiff is a "consumer good" as defined in Civil Code Section 1791(a).

(14)

Defendant GULF STREAM is a "manufacturer" as defined in California Civil Code Section 1791(j). Plaintiff is informed and believes, and thereupon alleges that defendants DOES 1 through 5 are "manufacturers" as defined in that code section.

(15)

The express warranties described and incorporated herein by reference are each an "express warranty" as defined in California Civil Code Section 1791.2(a)(1).

(16)

The vehicle sold to plaintiff was subject to the implied warranty of merchantability running from defendants and each of them to the benefit of plaintiff pursuant to California Civil Code Section 1792 and California Commercial Code Section 2314.

(17)

The defects hereinabove described rendered the vehicle unmerchantable and unfit for the ordinary purposes for which it was to be used. From the time of its purchase and at all times thereafter, the vehicle failed to comply with the express and implied warranties given by defendants in that the vehicle exhibited defects in material and/or workmanship which

COMPLAINT                                       -4-

substantially impaired its use, value and safety to plaintiff.

(18)

The acts of defendants and each of them in refusing or failing to repair plaintiff's vehicle, so as to bring it into conformity with the express and implied warranties deprived plaintiff of the rights guaranteed under the warranties offered by defendants, and of the rights guaranteed under the provisions of the Song-Beverly Consumer Warranty Act.

(19)

Plaintiff has performed each and every duty required under the terms of the warranty agreement, and under the provisions of the Song-Beverly Consumer Warranty Act, except as may have been excused or prevented by the conduct of defendants, as herein alleged.

(20)

Defendants' refusal to repair, reimburse, replace, or otherwise comply with the provisions of the Song-Beverly Consumer Warranty Act was willful, unreasonable, and in contravention of Civil Code Section 1793.2.

(21)

As a direct and proximate result of defendants' willful violation of their obligations under the Song-Beverly Consumer Warranty Act, plaintiff has suffered actual, consequential, and incidental damages, including but not limited to money expended on the purchase of the vehicle, damages associated with the loss of use of the vehicle during the time it has been in the garage for repairs, the cost of repairs related to these defects and not paid for by defendants under the warranty provisions, other incidental and consequential damages, attorney fees and costs. The precise amount of damages will be shown according to proof at trial.

(22)

Under California Civil Code Section 1794(d), plaintiff is entitled to recover a sum equal to the aggregate amount of costs and expenses, including attorney fees, if plaintiff prevails. As a proximate result of defendants' conduct as alleged herein, and in an effort to protect their rights and to enforce the terms of the warranty, it has become necessary for

plaintiff to employ the legal services of Donald F. Seth, attorney at law. Plaintiff has incurred and continues to incur legal fees, costs and expenses in connection therewith.

WHEREFORE, plaintiff prays for judgment including actual damages as established according to proof at trial and a civil penalty in an amount two times the amount of actual damages pursuant to Civil Code Section 1794(c), attorney fees and costs, and such other relief as hereinafter set forth.

## SECOND CAUSE OF ACTION

(Violation of the Magnuson-Moss Warranty Act)

(23)

Plaintiff realleges and incorporates by reference as though fully set forth herein each and every allegation contained in paragraphs 1 through 22, inclusive.

(24)

Plaintiff is a "consumer" as defined in the Magnuson-Moss Warranty Act (hereinafter "Warranty Act"), 15 U.S.C. Section 2301(3).

(25)

Defendant GULF STREAM is a "supplier" and "warrantor" as defined in the Warranty Act, 15 U.S.C. Section 2301(4) and (5). Plaintiff is informed and believes, and thereupon alleges that DOES 1 through 10 are "suppliers" and "warrantors" as defined in the Warranty Act.

(26)

The vehicle hereinabove described is a "consumer product" as defined in the Warranty Act, 15 U.S.C. Section 2301(1).

(27)

The express warranty more fully described hereinabove in paragraphs 6 & 7 pertaining to the vehicle is a "written warranty" as defined in the Warranty Act, 15 U.S.C. Section 2301(6). Under California law there was created in connection with the sale of the vehicle an implied warranty of merchantability.

(28)

The actions of defendants and each of them as hereinabove described, in failing to tender the vehicle to plaintiff free of defects and refusing to repair or replace the defective vehicle constitute a breach of the written and implied warranties covering the vehicle and hence a violation of the Magnuson-Moss Warranty Act.

(29)

As a direct and proximate result of the acts and omissions of defendants and each of them as set forth hereinabove, plaintiff has been damaged hereinabove in an amount according to proof at trial.

(30)

Under Section 110(d)(2) of the Magnuson-Moss Warranty Act, 15 U.S.C. Section 2310(d)(2), plaintiff is entitled to recover as part of the judgment, costs and expenses of the suit including attorney fees based on actual time expended.

WHEREFORE, plaintiff prays for judgment as hereinafter set forth.

### THIRD CAUSE OF ACTION

(Negligence)

(31)

Plaintiff realleges and incorporates herein by reference each and every allegation set forth in paragraphs 1 through 30, inclusive. For purposes of this cause of action, the word "defendants" refers to GULF STREAM and DOES 25 through 30.

(32)

On at least seven occasions between June 2, 2006 and June 22, 2007, plaintiff delivered the vehicle to defendants for repair of the defective conditions covered under the express and implied warranties. GULF STREAM specified which repair facility plaintiff was to use on each occasion.

(33)

Each time plaintiff returned the vehicle for repair, plaintiff is informed and

believes, and thereupon alleges that defendants attempted repair of the vehicle pursuant to their obligations under the express and implied warranties. Defendants owed a duty to plaintiff to select a qualified repair facility and to perform repairs on the vehicle in a good and workmanlike manner within a reasonable time. Defendants breached this duty.

(34)

Defendants' attempted repairs of plaintiff's vehicle were done so negligently, carelessly and recklessly as to substantially impair the vehicle's use, value, and safety in its operation and use. At no time was plaintiff's vehicle fully and completely repaired by defendants, nor were many of the conditions of which plaintiff complained fixed or significantly improved by defendants' attempts at repair. Nonetheless, each time the vehicle was returned to plaintiff after defendants' repair attempts, defendants represented to plaintiff that the repairs were complete.

(35)

As a direct and proximate result of defendants' negligent failure to repair the vehicle within a reasonable time or within a reasonable number of attempts, plaintiff was forced to drive a defective and dangerous vehicle in their travels. As a further direct and proximate result of defendants' failure to repair the vehicle in a timely and workmanlike fashion, plaintiff was forced repeatedly to take the vehicle in for further repair attempts and to leave the vehicle for long periods of time at great inconvenience to themselves, and plaintiff sustained general and special damages.

(36)

The damages plaintiff has suffered as a direct and proximate result of defendants' negligence include but are not limited to costs of repair, expenses associated with returning the vehicle for repeated repair attempts to defendants, loss of use, and damages to plaintiff's health and well-being in the form of emotional distress and suffering.

WHEREFORE, plaintiff prays for judgment as follows:

(1)    For actual damages according to proof at trial;

COMPLAINT                                            -8-

(2) For a civil penalty pursuant to California Civil Code Section 1794(c) and (e) in an amount twice that of the actual damages;

(3) For damages resulting from defendants' negligent repair of the vehicle as alleged in the Third Cause of Action in a sum according to proof at trial;

(4) For prejudgment interest at the legal rate;

(5) For attorney's fees and costs of suit incurred herein; and

(6) For such other and further relief as the court deems just and proper under the circumstances.

Dated: _April 18_, 2008

_____
DONALD F. SETH
Attorney for Plaintiff

COMPLAINT                                    -9-

**EXHIBIT A**

# SIMPLE INTEREST FINANCE CHARGE

Dealer Number: 52374    Contract Number:       FICS Number:       Stock Number:

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| AQUAIR VENTURE, LLC<br>725 S W HIGGINS AVE STE C<br>MISSOULA, MT 59803 | CALIFORNIA RV SUPERCENTER<br>170 TODD RD<br>SANTA ROSA CA 95407 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2006 | TOUR MASTER HH | 2724 | 4UZAB2CY46CW01682 | ☒ personal, family or household<br>☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 2000.00 |
|---|---|---|---|---|
| 0.00 % | $ 0.00 (e) | $ 204565.50 | $ N/A (e) | $ 2005.00 (e) |

(e) means an estimate

### YOUR PAYMENT SCHEDULE WILL BE:

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | | |
| One Payment of | | |
| -1 Payments | 204565.50 | Monthly, Beginning 05/10/06 |
| Payments | | Monthly, Beginning |
| One Final Payment | 204565.50 | |

Late Charge. If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
Prepayment. If you pay off all your debt early, you may be charged a minimum finance charge.
Security Interest. You are giving a security interest in the vehicle being purchased.
Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

## ITEMIZATION OF THE AMOUNT FINANCED

1. Total Cash Price
   - A. Cash Price of Motor Vehicle and Accessories ........ $ 201499.00 (A)
     1. Cash Price Vehicle  $ 199500.00
     2. Cash Price Accessories  $ N/A
     3. Other (Nontaxable)
        Describe PERMA PLATE  $ 1999.00
        Describe _____  $ N/A
   - B. Document Preparation Fee (not a governmental fee)  $ 45.00 (B)
   - C. Smog Fee Paid to Seller  $ N/A (C)
   - D. Sales Tax (on taxable items in A+B+C)  $ N/A (D)
   - E. Optional DMV Electronic Filing Fee*  $ N/A (E)
   - F. (Optional) Service Contract*  $ 4999.00 (F)
   - G. (Optional) Service Contract*  $ N/A (G)
   - H. Prior Credit or Lease Balance paid by Seller to _____  $ N/A (H)
     (see downpayment and trade-in calculation)
   - I. (Optional) Gap Contract (to whom paid)*  $ N/A (I)
   - J. Other (to whom paid)* _____  $ N/A (J)
     For _____
   - Total Cash Price (A through J)  $ 206543.00 (1)
2. Amounts Paid to Public Officials
   - A. License Fees  $ 12.00 (A)
   - B. Registration/Transfer/Titling Fees  $ N/A (B)
   - C. California Tire Fees*  $ 10.50 (C)
   - D. Other _____  $ N/A (D)
   - E. Other _____  $ N/A (E)
   - Total Official Fees (A through E)  $ 22.50 (2)
3. Amount Paid to Insurance Companies
   (Total premiums from Statement of Insurance column a + b)*  $ N/A (3)
4. Smog Certification or Exemption Fee Paid to State  $ N/A (4)
5. Subtotal (1 through 4)  $ 206565.50 (5)
6. Total Downpayment
   - A. Agreed Trade-In Value  Yr ___ Make ___  $ 27601.00 (A)
     Model ___  Odom ___
     VIN ___
   - B. Less Prior Credit or Lease Balance  $ 27601.00 (B)
   - C. Net Trade-In (A less B) (indicate if a negative number)  $ N/A (C)
   - D. Deferred Downpayment  $ N/A (D)
   - E. Manufacturer's Rebate  $ N/A (E)
   - F. Other N/A  $ N/A (F)
   - G. Cash  $ 2000.00 (G)

## STATEMENT OF INSURANCE

NOTICE. No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

### Vehicle Insurance

|  | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | ___ Mos. | $ N/A |
| $ N/A Ded. Collision | ___ Mos. | $ N/A |
| Bodily Injury  $ N/A Limits | ___ Mos. | $ N/A |
| Property Damage  $ N/A Limits | ___ Mos. | $ N/A |
| Medical | ___ Mos. | $ N/A |
|  | ___ Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X _____
Co-Buyer X _____
Seller X _____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance

☐ Credit Life:  ☐ Buyer  ☐ Co-Buyer  ☐ Both
☐ Credit Disability (Buyer Only)

|  | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | ___ Mos. | ___ | $ N/A |
| Credit Disability | ___ Mos. | ___ | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A (b) |

Insurance Company Name _____
Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).

You want to buy the credit insurance.

05/10/06  X N/A
Date       Buyer Signature                          Age

05/10/06  X
Date       Co-Buyer Signature                       Age

OPTIONAL GAP CONTRACT A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1I. See your gap contract for details on the protection it provides. It is a part of this contract.

Term N/A   Mos    Name of Gap Contract

5. Subtotal (1 through ...) $ 3065 (5)
6. Total Downpayment
   A. Agreed Trade-In Value  Yr____ Make____  $ 27691.00 (A)
      Model_____ Odom_____
      VIN_____
   B. Less Prior Credit or Lease Balance  $ 27691.00 (B)
   C. Net Trade-In (A less B) (indicate if a negative number) $ N/A (C)
   D. Deferred Downpayment  $ N/A (D)
   E. Manufacturer's Rebate  $ N/A (E)
   F. Other  N/A  $ N/A (F)
   G. Cash  $ 2000.00 (G)
   Total Downpayment (C through G)  $ 2000.00 (6)
   (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1H above)
7. Amount Financed (5 less 6)  $ 20456?.50 (7)
*Seller may keep part of these amounts.

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: _____
Amount $ N/A  Finance Charge $ N/A
Total $ N/A  Payable in N/A
Installments of $ N/A  @ $ N/A
from this Loan is shown in Item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:
☐ Name of autobroker receiving fee, if applicable:

**NOTICE OF RESCISSION RIGHTS**
If Buyer and Co-Buyer sign here, the provisions of the Rescission Rights section on the back giving the Seller the right to rescind if Seller is unable to assign this contract to a financial institution will apply.
Buyer X [signature]    Co-Buyer X ____

OPTION: ☐ You pay no finance charge if the Amount Financed, Item 7, is paid in full on or before ____ Year ____ SELLER'S INITIALS ____

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
WARNING:
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
S/S X [signature]                                    X ____

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-In Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in Item 6.B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in Item 6.B as "Prior Credit or Lease Balance," Seller will refund the difference to you.
Buyer X [signature]    Co-Buyer X ____

**Notice to buyer:**
(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature [signature]    Co-Buyer Signature X ____

The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.

**THERE IS NO COOLING OFF PERIOD**
California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud.

YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT.

Buyer Signature X [signature]  Date ____  Co-Buyer Signature X ____ Date ____
Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X ____  Address ____

**GUARANTY**
To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.
Guarantor X [signature]  Date ____  Guarantor X ____ Date ____
Address ____  Address ____

Seller Signs ____ Date ____ By X ____ Title ____

-----
**OPTIONAL CREDIT INSURANCE** (Refer to Your Disclosures Not Covered in your policy for details).
You want to buy the credit insurance.
Date 05/10/06  Buyer Signature X [signature]  Age ____
Date 05/10/06  Co-Buyer Signature X [signature]  Age ____

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in Item 1I. See your gap contract for details on the protection it provides. It is a part of this contract.
Term N/A  Mos.  N/A  Name of Gap Contract
You want to buy a gap contract.
Buyer X N/A

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in Item 1.F and/or 1.G above.
1.F Company ____
Term ____ Mos. or ____ Miles
1.G Company ____
Term ____ Mos. or ____ Miles
Buyer X [signature]

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.
X N/A  Buyer Signs
X ____  Co-Buyer Signs

|  | SUM-100 |
|---|---|
| SUMMONS<br>(CITACION JUDICIAL) | FOR COURT USE ONLY<br>(SOLO PARA USO DE LA CORTE) |

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
GULF STREAM COACH, INC.,
and Does 1 through 30

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
AQUAIR VENTURES, LLC,
ANTONIA CITRINO, and
JOSEPH GEIGER

ENDORSED
FILED

APR 21 2008

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SONOMA

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SONOMA COUNTY SUPERIOR COURT
600 Administration Drive, Room 107-J
Santa Rosa, CA 95403

CASE NUMBER: SCV 242752
*(Número del Caso):*

UNLIMITED CIVIL CASE

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
DONALD F. SETH, ESQ., SBN 92318           (707) 545-6370 Telephone
290 B Street, Suite 205, Santa Rosa, CA 95401     (707) 545-9770 Facsimile

DATE: APR 21 2008    DENISE L. GORDON    Clerk, by **KAREN TUMANENG**, Deputy
*(Fecha)*                                  *(Secretario)*                        *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Gulf Stream Coach, Inc.

   under: ☒ CCP 416.10 (corporation)           ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**EXHIBIT B**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

American LegalNet, Inc. | www.USCourtForms.com

PROOF OF SERVICE

I declare that I am a citizen of the United States and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On June 10, 2008, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)** on the interested parties, addressed as follows:

Donald F. Seth, Esq.
Law Office of Donald F. Seth
290 B Street, Suite 205
Santa Rosa, CA 95401

[X]   **BY MAIL** - by placing a true and correct copy in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[ ]   BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[ ]   BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[ ]   BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

[ ]   **STATE**: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]   FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on June 10, 2008, at Fresno, California.

_____
CATHY COATES

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
ACQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER

## DEFENDANTS
GULF STREAM COACH, INC., and DOES 1 through 30

**(b)** County of Residence of First Listed Plaintiff **SONOMA COUNTY**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **NAPANEE, INDIANA**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

DONALD F. SETH
290 B Street, Suite 205
Santa Rosa, CA 95401
Tel: 707-545-6370

Attorneys (If Known)

DARRYL J. HOROWITT
DANIA M. ALVARENGA
COLEMAN & HOROWITT
499 West Shaw, Suite 116, Fresno, CA 93704; Tel. 559-248-4820

*E-filing*

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus: | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
29 U.S.C. 1441(b) (Diversity)
Brief description of cause:
Consumer Warranty Dispute; Negligence

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND    ☐ SAN JOSE

DATE 6/10/08

SIGNATURE OF ATTORNEY OF RECORD
*[signature]*