1  DARRYL J. HOROWITT #100898
   DANIA M. ALVARENGA #244486
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830

Attorneys for Defendant,
GULF STREAM COACH, INC.,
an Indiana corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER, | NO. 3:08-CV-02903-SC |
|---|---|
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | |
| GULF STREAM COACH, INC., and DOES 1 through 30, | |
| Defendant(s). | |

**CERTIFICATE OF SERVICE**

I declare that I am a citizen of the United States and a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

On June 13, 2008, I served the following document(s) described as:

1.  Notice of Removal filed June 11, 2008;

2.  Order Setting Initial Case Management Conference and ADR Deadlines;

3.  Notice of Availability of Magistrate Judge to Exercise Jurisdiction;

4.  U.S. District Court of Northern California ECF Registration Information Handout;

5.  U.S. District Court of Northern California Filing Process/Guidelines;

1

F:\CLIENTS\2250-Gulf Stream\27-Aquair-Citrino\Pldg\Certificate of Service.wpd                              CERTIFICATE OF SERVICE

1        6.      Public Notice; and

2        7.      Consent to A Magistrate Judge's Jurisdiction in the Northern District of California

on the interested parties as follows:

<u>Attorney for Plaintiff</u>
<u>Aquair Ventures, LLC, Antonia Citrino and</u>
<u>Joseph Geiger</u>

Donald F. Seth, Esq.
Law Office of Donald F. Seth
290 B Street, Suite 205
Santa Rosa, CA 95401

[X]    BY MAIL - by placing [X] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[]    BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[]    BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[]    BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

[]    STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X]    FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on June 13, 2008, at Fresno, California 93704.

                                                        /s/ Cathy Coates
                                                        Cathy Coates