1   DARRYL J. HOROWITT  #100898
    DANIA M. ALVARENGA  #244486
2   COLEMAN & HOROWITT, LLP
    Attorneys at Law
3   499 West Shaw, Suite 116
    Fresno, California 93704
4   Telephone: (559) 248-4820
    Facsimile:  (559) 248-4830
5

6   Attorneys for Defendant,
    GULF STREAM COACH, INC.

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

11  AQUAIR VENTURES, LLC, ANTONIA          NO.    C 08-02903 SC
    CITRINO, and JOSEPH GEIGER,
12                                         **REQUEST TO TAKE JUDICIAL
              Plaintiffs,                  NOTICE**
13
        v.                                 **[Filed Concurrently with Notice of
14                                         Motion; Memorandum of Points and
    GULF STREAM COACH, INC., and           Authorities; and Proposed Order]**
15  DOES 1 through 30,

16            Defendants.                  Date:        July 25, 2008
                                           Time:        10:00 a.m.
17                                         Courtroom:   1

18

19

20  TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR RESPECTIVE

21  ATTORNEYS OF RECORD:

22          PLEASE TAKE NOTICE that Defendant, GULF STREAM COACH, INC., hereby

23  requests this court to take judicial notice of the following documents pursuant to Federal Rules

24  of Evidence, Rule 201(b)(2):

25          1.      The printout from the Montana Secretary of State's Office for Plaintiff, AQUAIR

26  VENTURES, LLC, a true and correct copy of which is attached hereto as Exhibit "A."

27          2.      The brochure for the Gulf Stream Coach Tour Master RV, from the Gulf Stream

28  Coach web site, www.gulfstreamcoach.com, a true and correct copy of which is attached hereto

                                           1

1    as Exhibit "B."

2        3.    The Manufacturer's Statement of Origin for the Plaintiffs' vehicle, a true and

3    correct copy of which is attached hereto as Exhibit "C."

4        GULF STREAM COACH, INC. further requests this court to take judicial notice of the

5    following facts pursuant to Federal Rules of Evidence, Rule 201(b)(2):

6        1.    That the stated business of Plaintiff, AQUAIR VENTURES, LLC, is real estate

7    and personal property.  (See Exhibit "A" to this request.)

8        2.    That the gross vehicle weight of the Plaintiffs' recreational vehicle is in excess of

9    10,000 pounds.  (See Exhibit "B" to this request, p. 15, and Exhibit "C.")

10       Defendant submits that the facts which it asks this court to judicially notice are those

11   capable of accurate and ready determination by the documents which are identified herein, which

12   are sources whose accuracy cannot be questioned.  Defendant thereby submits that its request to

13   take judicial notice be granted and the court take judicial notice of the documents and facts set

14   forth above.

15                                            Respectfully submitted,

16   Dated:  June 16, 2008                    COLEMAN & HOROWITT, LLP

17

18                                            By: /s/_____
                                                 DANIA M. ALVARENGA
19                                               Attorneys for Defendant,
                                                 GULF STREAM COACH, INC.
20

21

22

23

24

25

26

27

28

F:\CLIENTS\2250-Gulf Stream\27-Aquair-Citrino\Pldg\ReqJudNot.wpd                    REQUEST TO TAKE JUDICIAL NOTICE

**BUSINESS TRACKER RECORD**

| | |
|---|---|
| Information Current Through: | 05-02-2008 |
| Database Last Updated: | 05-23-2008 |
| Update Frequency: | MONTHLY |
| Current Date: | 05/23/2008 |
| Source: | As reported by the Secretary of State or other Official Source |

**BUSINESS INFORMATION**

| | |
|---|---|
| Business Name: | **AQUAIR VENTURES**, LLC |
| Business Address: | 725 SW HIGGINS AVE STE C |
| | MISSOULA, MT 59806 |

**EXECUTIVE INFORMATION**

| | |
|---|---|
| Agent Name: | ACTION SERVICES LLC |
| Agent Address: | 725 SW HIGGINS AVE STE C PO BOX 2790 |
| | MISSOULA, MT 59806 |

END OF DOCUMENT

Adobe Reader is required to view PDF images.

Adobe Ger Adobe Reader

(C) 2008 Thomson Reuters/West. No Claim to Orig. US Gov. Works.

**EXHIBIT A**

EXHIBIT B

It's About Livin'

TOUR MASTER

2008 Class A Luxury Motorhomes





I ADMIT — I DIDN'T DESIGN THIS WONDERFUL MOTORHOME — YOU DID!

DURING MY THIRTY YEARS IN THE MANUFACTURED HOUSING AND RV INDUSTRY, I'VE LEARNED THAT THE SMARTEST PEOPLE IN THE BUSINESS ARE NOT THE FOLKS IN THE ENGINEERING, SALES OR PRODUCTION DEPARTMENTS. IT IS YOU, OUR CUSTOMERS, WHO USE OUR PRODUCTS.

MY PHILOSOPHY IS THAT OUR PRODUCTS SHOULD REFLECT WHAT YOU THE CUSTOMER TELLS US IS IMPORTANT. MOST MANUFACTURERS DEVELOP PRODUCTS IN HOPES THAT THE CUSTOMER WILL APPROVE THE FLOORPLAN FEATURES AND DESIGN WITHOUT CONSULTING THE END USER. THE TOUR MASTER IS THE EXACT OPPOSITE. WE HAVE TAKEN ALL THE GREAT CUSTOMER INPUT WHILE AT CAMPGROUNDS ACROSS THE COUNTRY AND PUT IT ALL TOGETHER IN THIS MAGNIFICENT PRODUCT.

I UNDERSTAND PURCHASING AN RV CAN BE A STRESSFUL EVENT. MANY MANUFACTURERS OFFER TOO MANY DIFFERENT CHOICES. SELECTING FLOORPLAN ARRANGEMENTS, OPTIONS AND AMENITIES CAN OFTEN CAUSE UNDUE STRESS AT THE DEALERSHIP AND ULTIMATELY A MORE EXPENSIVE COACH. WE HAVE TAKEN THE TIME IN THE DESIGN PROCESS TO MAKE THE TOUR MASTER AN ALL-IN-ONE PACKAGE. BY SIMPLIFYING THE BUYING PROCESS WE TAKE THE GUESS WORK AND STRESS OUT OF PURCHASING YOUR NEW TOUR MASTER SO THAT YOU CAN GET OUT ON THE ROAD AND ENJOY LIVIN'.

I'M SURE YOU WILL LOVE WHAT WE'VE DONE WITH YOUR INPUT. IN THE TOUR MASTER LINEUP WE OFFER FULL BODY PAINT OPTIONS VIRTUALLY AT THE SAME PRICE AS COMPETITORS NON-PAINTED UNITS. OTHER MANUFACTURERS TRY TO DOWN PLAY THE IMPORTANCE OF A BEAUTIFUL EXTERIOR PAINT JOB. NOT ONLY DOES A SLEEK EXTERIOR INSTILL A SENSE OF PRIDE IN THE OWNERS BUT IT INCREASES THE RESALE VALUE AS WELL. WE WERE ABLE TO INCREASE THE CEILING HEIGHT TO A FULL SEVEN AND A HALF FEET WITHOUT INCREASING THE OVERALL HEIGHT OF THE UNIT. MORE HEADROOM, DEEPER AND TALLER SLIDE ROOM THAN EVER OFFERED BEFORE AND OPENNESS THAT NO OTHER MOTORHOME CAN DELIVER. WE OFFER SEAMLESS FIBERGLASS ROOFS, REAL HARDWOOD CABINETRY, A SOLID STEEL TRUSS FOUNDATION, LAMINATED SIDEWALLS, LCD TELEVISIONS WITH 5.1 HOME THEATER SOUND, GPS AND MUCH MORE.

I COULD GO ON AND ON BUT I'LL LET YOU SEE FOR YOURSELF WHAT AN EXCEPTIONAL VALUE THIS MOTORHOME IS. I WANT TO THANK YOU AND ALL OF THOSE WHOSE INPUT MADE TOUR MASTER A REALITY. THE COMBINATION OF YOUR ADVICE, OUR DESIGN SKILLS, ADVANCED MANUFACTURING TECHNIQUES AND SIX SIGMA QUALITY INITIATIVES WE PRESENT TO YOU ONE OF THE RV INDUSTRIES' LEGACY BRANDS IN THE TRUE TRADITION OF TOUR MASTER.

HIGH QUALITY, HIGH VALUE AND AN ABUNDANCE OF UNIQUE FEATURES AT A GREAT PRICE.

Brian Shea

Brian Shea, Founder



*Optional Paint*



Titanium Sand



Blue Fusion



Sonoma Red

Tungsten Silver

# It's About Livin'!

TOUR MASTER OFFERS MORE STANDARD FEATURES THAN ANY OTHER LUXURY DIESEL MOTORHOME, LEAVING YOU WITH A FEW SIMPLE CHOICES.

1. PICK YOUR FLOORPLAN
2. PICK YOUR PACKAGE
3. PICK YOUR DAY TO START LIVIN'

**KEYLESS ENTRY**

ARE YOU READY TO START LIVIN'?

BEGIN YOUR TOUR WITH THE SIMPLE TOUCH OF A BUTTON.

*Welcome Home...*



**TOUR MASTER**

DESIGNED WITH LIVIN' IN MIND.

- 7'-6" INTERIOR CEILING HEIGHT
- 42" DEEP 6'-4" TALL SLIDEROOM
- 180° PANORAMIC VIEW WINDOWS
- 1 YEAR 12,000 MI. WARRANTY
- 3 YEAR 36,000 MI. LIMITED STRUCTURAL WARRANTY
- HARDWOOD CABINETRY THROUGHOUT
- ROCK SOLID CONSTRUCTION PRACTICE



Large overhead attic storage and solid hardwood maple cabinets make this living room the very best in it's class.    The largest slide room in the industry gives you the feeling of home.  The panoramic style windows will allow you to enjoy many of your destination while inside.





## EUROPEAN STYLE
FLUTED AND RADIUS FACIA, RADIUS OVERHEAD STORAGE COMPARTMENTS ENHANCE THE MODERN DESIGN OF THE TOUR MASTER'S INTERIOR



## PRODUCTIVITY
CENTRALLY LOCATED COMPUTER WORKSTATION ALLOWS YOU TO TAKE CARE OF BUSINESS IN THE COMFORT OF THE LIVING ROOM




## HARDWOOD
QUALITY LOOKS BEGIN WITH QUALITY MATERIALS. HAND SELECTED HARDWOOD IS USED THROUGHOUT THE TOUR MASTER



## DEEP AND WIDE
AT 42 INCHES DEEP, 6 FOOT 4 INCHES TALL, AND 12 FEET WIDE MAKES THIS ONE OF THE LARGEST SLIDES ON THE MARKET



*It's About Value*



## ELEGANT LIGHTING
PURPOSEFUL LIGHTING FOR EVERY TASK WITH INDIVIDUAL SWITCHES TO LET YOU CONTROL THE AMBIANCE

## ELEGANCE
HARDWOOD TABLE AND CHAIRS IS A GREAT ALTERNATIVE TO THE STATIONARY DINETTE. EXPANSIVE WINDOWS GIVES YOU A GREAT VIEW.


Chocolate


Topaz


Santa Fe


Midnight


Panama Joe

# It's About Dimension & Features

THE TALL CEILINGS IN THE TOURMASTER ALLOW FOR TALLER SLIDES THAN EVER BEFORE. THIS TALLER SLIDE HEIGHT IS COMPLEMENTED BY DEEPER SLIDES EXTENDING A FULL 42 INCHES.





**EZ GLIDE**
STORAGE MADE EASY WITH A 400 POUND SLIDING TRAY MAKING HEAVY ITEMS EASY ON THE BACK (OPTIONAL)



**FULLER SOUND**
SURROUND SOUND SYSTEM MEANS YOU'LL WATCH TV WITH THE FULL EXPERIENCE OF SOUND



**STAY COOL**
EXTERIOR FREEZER/COOLER GIVES YOU CONVENIENCE FOR PATIO LIVING AND SLIDES OUT FOR YOUR CONVENIENCE (OPTIONAL)



ONE LARGER SLIDE ELIMINATES THE NEED FOR A SECOND SLIDE LEAVING AN UNOBSTRUCTED PASSENGER SIDE EXTERIOR UNDER THE AWNING.



12' 10" Overall Height

7' 6" Interior Ceiling

6' 4" Slide Height

42" Slide Depth

# It's About Entertainment

## STYLISH ENTERTAINMENT

Entertainment has a whole new meaning! Gulf Stream provides you with an easy to use entertainment center offering an optional 32" LCD TV, and with a Euro Recliner to make movie night easy and relaxing.





TOUR MASTER.

BE PART OF AN EPIC BATTLE SCENE OR SIT IN THE FRONT ROW AT A SYMPHONY WITH 5.1 MASTER-SOUND SURROUND SPEAKERS, BRILLIANT 30" WIDE SCREEN LCD TV, AND AN EASY TO USE HOME THEATER SYSTEM. NOW YOU HAVE THE OPTION TO DOUBLE IT. ADD ANOTHER SURROUND SOUND SYSTEM TO THE BEDROOM.

## RESONANCE
POWERFUL STEREO SYSTEM MAKES SOUND COME ALIVE



## ABUNDANT
COMPACT COMPONENTS ALLOW ROOM FOR MORE MEDIA THAN EVER BEFORE AVAILABLE



## BRILLIANT
LCD TV PRODUCES INCREDIBLE PICTURE QUALITY IN AN UNBELIEVABLY SMALL SPACE







# It's About Ergonomics & Control

COMFORTABLE SEATING, LARGE DIALS AND GAUGES, EVERY CONTROL JUST A TOUCH AWAY, PANORAMIC VISIBILITY, AND STYLISH ANGLES PUT YOU IN COMMAND OF YOUR ONE OF A KIND DIESEL MOTORHOME.

## SAFETY IS AT YOUR FINGERTIPS.

**ONE TOUCH**
LARGE EASY TO READ AND REACH BUTTONS MAKE OPERATION SIMPLE.

**AMBIANCE**
ENJOY ALL YOUR FAVORITE MUSIC ON AND OFF THE ROAD.







**SAFETY**
FULL FEATURED DASH MOUNTED COLOR BACKUP MONITOR WITH AUDIO AND SIDE MOUNTED CAMERAS.

IT'S LIKE HAVING EYES IN THE BACK OF YOUR HEAD.

**PROTECTION**
THE FULL BANK OF BREAKERS AND FUSES FOR INTERIOR COMPONENTS ARE CENTRALIZED FOR QUICK REPLACEMENT



**PANORAMA**
UNOBSTRUCTED VIEW OF THE ROAD AHEAD AND SCENERY AS YOU TRAVEL

CONTROL PANELS AND SWITCH BANKS ARE PLACED IN A CENTRALIZED AREA. NO MORE RUNNING FROM SWITCH TO SWITCH WHEN YOUR READY TO LEAVE OR WISH TO KNOW THE STATUS OF YOUR WATER, WASTEWATER, LP OR BATTERY POWER LEVELS.

It's About Cooking



### CAPACITY
CONVECTION MICROWAVE 3 BURNER STOVETOP AND OVEN TO PREPARE A FEAST



### RESIDENTIAL
CORIAN™ COUNTERTOPS WITH MOLDED SINK AND DELUXE GOOSENECK SPRAYER



### CLEANLINESS
CONTROL THE MESS. ACCESS BUILT INTO THE COUNTERTOP WITH OUTSIDE ACCESS FOR TRASH AND RECYCLING BINS



### MAXIMIZED STORAGE
4 SUPERSIZED HEAVY DUTY DRAWERS AND HARDWARE CONCEALED BY A SINGLE DOOR, SLIDING TRAY MAKES REACHING ITEMS IN THE BACK A BREEZE

# It's About Relaxation



YOUR MASTER SUITE IS YOUR PLACE TO RETREAT. QUEEN AND KING SIZE BEDS AND PERSONAL READING LIGHTS PROVIDE THE PERFECT PLACE TO RELAX WITH A GOOD BOOK OR FLIP ON THE LCD TV AND ON WITH THE SHOW IN THE MASTER SUITE THEATER. CEDAR CLOSETS, OVERHEAD CABINETS AND NIGHT STAND STORAGE PROVIDE PLENTIFUL STORAGE.

## OPEN

MASTER SUITE PICTURE WINDOW LETS IN NATURAL LIGHT AND SCENERY BY DAY. TINT AND SHADES CAN KEEP THE SUN OUT FOR SLEEPING.



## STORAGE

THE BEAUTIFUL HARDWOOD WARDROBE PROVIDES PLENTY OF ROOM TO SOTRE YOUR ITEMS

## ORGANIZE

DRAWERS AND CUBBIES TO STORE AND PROTECT SMALLER ITEMS. THE FINISHED COUNTER TOP IS A HANDY WORKSPACE TO FOLD LAUNDRY.



HEAVY DUTY CLOSET ROD DESIGNED TO ACCOMMODATE FULL SIZE HANGERS AT A CONVENIENT HEIGHT TO MAXIMIZE THE SPACE.



## LAUNDRY

STACKABLE WASHER AND DRYER COMPLETE THE WALK IN CLOSET ALLOWING YOU TO WASH, DRY, FOLD AND HANG YOUR LAUNDRY ALL IN ONE CENTRAL LOCATION.



## EFFICIENT

SPACIOUS COUNTERTOP, LARGE MIRRORED CABINET, RESIDENTIAL SIZE SINK AND PLENTY OF STORAGE FOR LINENS AND TOWELS.

## REFRESHING

LARGE SHOWER WITH ETCHED GLASS DOOR, FLEXIBLE SHOWER HEAD AND SITTING SPACE







## HEALTH LIVING

ENJOY THE DRY HEAT SAUNA FOR A HEALTHIER LIFESTYLE! (T40F)



## FUNCTIONAL

DESIGNED TO BE FUNCTIONAL, PRIVATE AND AESTHETIC A FULL BATH AND A HALF DESIGN TO COMPLETE THE MASTER SUITE.



## G.O.L.D. Program

Tourmaster is dedicated to our customers and their enjoyment of our products. Our golden promise, is to call you within four weeks of the new vehicle purchase date welcoming you to the Tourmaster family. This call, made by your dedicated customer care person, is to let you know that if you ever need assistance with the operation of components, troubleshooting, or if you ever need to locate an authorized service center, you can rest assured that help is but a phone call away. With the G.O.L.D. Program we'll be there for you for the lifetime of your RV.

### Coach-Net®
24 HR. EMERGENCY ROADSIDE ASSISTANCE
- One Year Coach-Net Membership
- Towing and Winching
- Flat Tire Change
- Mobile Mechanic
- Delivery of emergency Fluids
- Jump-Start / Battery Boost
- Lockout

### 2 YEAR UNLIMITED MILEAGE TRANSFERABLE WARRANTY ON STRUCTURAL COMPONENTS



### STORE A MORE
NEW SIDE HINGED SECTIONED, LIGHTED AND CARPETED BASEMENT STORAGE COMPLETE WITH CUSTOM STORAGE TUBS

### EASY ACCESS
BATTERIES CONVENIENTLY LOCATED INSIDE THE HOOD FOR GENERAL MAINTENANCE AND REPLACEMENT

### OUTSIDE GRILL
PREPARE MEALS ON THE PATIO UNOBSTRUCTED BY SLIDES WITH THIS EASY TO SET UP OPTIONAL GAS GRILL

TOUR MASTER.

425HP CUMMINS DIESEL 1200 FOOT POUNDS OF TORQUE AND 6 SPEED ALLISON TRANSMISSION

RAISED RAIL CHASSIS DESIGN ALLOWS FOR 7.5 FOOT INTERIOR CEILINGS AND MAXIMIZED BASEMENT STORAGE COMPARTMENTS.



THE TOURMASTER IS BUILT ON A RAISED RAIL FREIGHTLINER CHASSIS. FREIGHTLINER IS PROUD TO BE THE LARGEST SERVICE CHAIN IN THE RV INDUSTRY. THERE ARE HUNDREDS O F FREIGHTLINER SERVICE CENTERS ACROSS THE U.S. THAT ARE CERTIFIED TO WORK ON YOUR TOURMASTER'S CHASSIS AND ENGINE SO YOU KNOW HELP IS NOT FAR AWAY.

## It's About Service



TOUR MASTER INC. IS DEDICATED TO WORLD CLASS CUSTOMER SERVICE. WE HAVE A TEAM OF REPRESENTATIVES TRAINED TO GIVE YOU THE ANSWERS YOU NEED WHEN YOU NEED THEM SO YOU CAN GET ON WITH LIVIN'.

BACKED BY TOURMASTER'S WARRANTY AND PARTS DEPARTMENT YOU CAN BE CERTAIN THAT YOUR MOTORHOME WILL BE REPAIRED QUICKLY AND ACCURATELY.

It's About Strength

EVEN THE GREATEST FEATURES ARE USELESS WITHOUT A STRONG FOUNDATION TO BUILD ON. THE TOUR MASTER'S UNPARALLELED CONSTRUCTION METHODS RESULT IN A ROCK-SOLID RAISED RAIL AND TRUSS CONFIGURATION THAT ACT AS THE CORNERSTONE FOUNDATION FOR THIS LUXURY DIESEL MOTORHOME.

1. Seamless Fiberglass Roof For Greater Strength Energy Efficiency and Dependability.
2. Lauan Decking for Additional Strength.
3. Molded, High Density EPS (Expanded Polystyrene) Roof Brick Insulation - Provides Consistent Insulation Value as well as Superior Dimensional Rigidity.
4. One-Piece Formed Aluminum Air Conditioning Duct, Completely Surrounded By EPS Insulation.
5. Bubble-Wrapped Foil Insulation Provides Superior Insulation and Helps Prevent Condensation.
6. Rugged Welded Tubular Aluminum Roof Framing.
7. Rugged Heavy-Gauge Tubular Aluminum, Fixture Welded to Form the Sidewall Framing.
8. High-Density EPS Insulation Provides Superior Lamination and Bonding Characteristics and Insures Greater Energy Efficiency.
9. Interior Wall Panels Securely Laminated to Sidewall Framing.
10. "Super Slick" Fiberglass Exterior Vacuum bond Laminated to Sidewall Framing for Lasting Beauty and Durability.
11. High-Quality Stain-Resistant Carpeting Available in Designer Coordinated Colors.
12. Extra-Thick Padding Under Carpet Provides Extra Comfort and Increases Carpet Durability.
13. Seamless Structurewood Floor Decking Laminated to Steel Floor Structure Assures a Quiet, Long-Lasting Rigid Floor.
14. Heavy-Gauge Tubular Steel Framing, Fixture Welded for Extra Strength and Stability.
15. Heavy-gauge Welded Steel Floor Truss System Provides the Strongest Foundation in the Industry.
16. Seamless Layer of Galvanized Steel Securely Attached to the Steel Floor Framing.
17. Galvanized Steel Used to Form Each Storage & Holding Compartment.
18. Durable All-Weather Carpeting Completes Each Accessible Storage Compartment, Providing Extra Protection for Luggage and Valuables.
19. Rust-Prohibitive Paint Coating Applied to All Steel Framing Assures Corrosion and Rust Protection.
20. The Industry's Strongest, Most Spacious Exterior Storage Compartments.
21. Heavy-Gauge Aluminum Radius Transition.
22. Silt-Plate Construction, Sidewall Sits on Steel Lip and is Lagged into Floor Frame for Greater Structural Integrity.




## MODEL T40A STANDARD EDITION

| MEASUREMENTS | | TANK CAPACITIES | |
|---|---|---|---|
| GVWR | 32,400 | WATER HEATER | 10 GAL |
| WHEEL BASE | 288" | GRAY TANK | 75 GAL |
| OVERALL LENGTH | 42'-9 | BLACK TANK | 75 GAL |
| OVERALL HEIGHT | 12'-8" | FRESH WATER | 90 GAL |
| INTERIOR HEIGHT | 7'-8" | LP TANK | 115 LB. |
| INTERIOR WIDTH | 96" | FUEL TANK | 100 GAL |
| EXTERIOR WIDTH | 100" | | |



T-40A

## MODEL T40B STANDARD EDITION

| MEASUREMENTS | | TANK CAPACITIES | |
|---|---|---|---|
| GVWR | 32,400 | WATER HEATER | 10 GAL |
| WHEEL BASE | 288" | GRAY TANK | 75 GAL |
| OVERALL LENGTH | 42'-4" | BLACK TANK | 75 GAL |
| OVERALL HEIGHT | 12'-5" | FRESH WATER | 90 GAL |
| INTERIOR HEIGHT | 7'-8" | LP TANK | 115 LB. |
| INTERIOR WIDTH | 96" | FUEL TANK | 100 GAL |
| EXTERIOR WIDTH | 100" | | |



T-40B

## MODEL T40C STANDARD EDITION

| MEASUREMENTS | | TANK CAPACITIES | |
|---|---|---|---|
| GVWR | 32,400 | WATER HEATER | 10 GAL |
| WHEEL BASE | 288" | GRAY TANK | 75 GAL |
| OVERALL LENGTH | 42'-9" | BLACK TANK | 75 GAL |
| OVERALL HEIGHT | 12'-5" | FRESH WATER | 90 GAL |
| INTERIOR HEIGHT | 7'-8" | LP TANK | 115 LB. |
| INTERIOR WIDTH | 96" | FUEL TANK | 100 GAL |
| EXTERIOR WIDTH | 100" | | |



T-40C

## MODEL T40F STANDARD EDITION

| MEASUREMENTS | | TANK CAPACITIES | |
|---|---|---|---|
| GVWR | 32,400 | WATER HEATER | 10 GAL |
| WHEEL BASE | 288" | GRAY TANK | 75 GAL |
| OVERALL LENGTH | 42'-10" | BLACK TANK | 75 GAL |
| OVERALL HEIGHT | 12'-5" | FRESH WATER | 90 GAL |
| INTERIOR HEIGHT | 7'-8" | LP TANK | 115 LB. |
| INTERIOR WIDTH | 96" | FUEL TANK | 100 GAL |
| EXTERIOR WIDTH | 100" | | |



T-40F

# It's About Standards

## CHASSIS
32,400 GVWR, 425 HP CUMMINS FREIGHTLINER,
100 GAL FUEL TANK (T40 A, B, C, F)

## EXTERIOR
SLICK FIBERGLASS EXTERIOR WITH
PAINTED AND VINYL GRAPHICS
HEATED & REMOTE EXTERIOR MIRRORS
PRE-MOLDED FRONT AND REAR FIBERGLASS CAPS
LAMINATED FIBERGLASS ROOF
THERMOPANE WINDOWS
KEYLESS ENTRY DOOR
ALUMINUM WHEELS
DELUXE FULL BODY PAINT (BLACK, TAN, SAND)
LOGO REAR ROCK GUARD
EXTERIOR PULL OUT GAS GRILL

## POWER
BATTERIES: (2) ENGINE, (2) 12V HOUSE,
4.8V INVERTER
BATTERY DISCONNECTS
AUTO GENERATOR START
8.0 POWERTEK QUIET DIESEL GENERATOR (T40A,B,C,F)
50 AMP SERVICE W/AUTO TRANSFER SWITCH
AND 80 AMP CONVERTER
2000 WATT INVERTER

## ELECTRICAL
COLOR BACK-UP MONITOR W/AUDIO
SIDE MOUNTED CAMERAS
FLUORESCENT CEILING LIGHTING
WALL SWITCHES FOR ALL CEILING LIGHTS
AM/FM/CASSETTE STEREO WITH
CD PLAYER AND SPEAKERS
MASTER-SURROUND SOUND SYSTEM WITH
DVD IN LIVING ROOM
MAP LIGHTS
HALOGEN ACCENT LIGHTING
OVERHEAD ADJUSTABLE READING LIGHTS
OVERHEAD BLOWER
ANTENNA WITH AMPLIFIER, BOOSTER
LIGHTED ENTRANCE HANDLE
CB ANTENNA

ENERGY MANAGEMENT SYSTEM
ONE PHONE JACK IN KITCHEN AND ONE IN BEDROOM
AUTO DOUBLE ELECTRIC STEP
19" LCD COLOR TV IN BEDROOM
32" LCD COLOR TV IN FRONT OVERHEAD
AUDIO/VIDEO SWITCH BOX
LIGHTED EXTERIOR STORAGE BINS
EMERGENCY START SWITCH IN DASH
SATELLITE DISH SYSTEM W/AUTO LOCATE
VISTA LIGHTS
GPS NAVIGATION & MP3 PLAYER

## HEATING AND COOLING
DASH A/C
3-SPEED FANTASTIC ATTIC FAN
IN LIVING ROOM WITH WALL SWITCH
40,000 BTU DUCTED FURNACE (1) 40,000
(1) 25,000
LOW PROFILE DUCTED ROOF A/C
3 ROOF A/C (2) 15,000 (1) 13,500

## BATH
POWER VENT IN COMMODE W/ WALL SWITCH
PORCELAIN PEDAL STOOL W/ SPRAYER
SKY DOME IN SHOWER
HOLDING TANK FLUSH KIT
HANDLE
BATH AND HALF BATH (T40 B, F)

## DÉCOR
CERAMIC TILE IN KITCHEN, BATH, ENTRY
MAPLE HARDWOOD CABINETRY
DAY/NIGHT PLEATED SHADES
METAL MINI BLIND KITCHEN
POWER PRIVATE SHADE
BEDROOM HAMPER
CORIAN™ COUNTERTOP'S THROUGHOUT
VINYL CEILING LINER
DECORATIVE CROWN CEILING MOLDING
MIRRORED MEDICINE CABINET

## FURNISHINGS
2-TONE COPILOT SEAT
2-TONE 6-WAY POWER PILOT SEAT
60 X 80 BED WITH DELUXE INNERSPRING
MATTRESS (T40 B, C)

78 X 80 BED WITH INNERSPRING MATTRESS & POWER LIFT
(T40 A)
SOFT TOUCH  H-A-B SOFA (DS)
3-POINT SEATBELTS
DINETTE TABLE & CHAIRS (TT40 A)
BUFFET DINETTE & CHAIRS & COMPUTER WORKSTATION (T40
B, C)
(2) THROW PILLOWS (PER SOFA)
& (2) BEDROOM PILLOWS
SOFT TOUCH J-KNIFE SOFA (T40 A, B, C)
WALK IN CLOSET (T40 C)

## APPLIANCES
22 CF RESIDENTIAL SIDE BY SIDE REFRIGERATOR
MONITOR PANEL
FLUSH STOVE TOP COVER
3-BURNER RANGE WITH OVEN
30" OTR CONVECTION MICROWAVE
WATER PURIFIER
10 GAL DSI WATER HEATER
118# LP TANK
CARBON MONOXIDE DETECTOR
LP GAS LEAK DETECTOR
PREP FOR WASHER/DRYER

## MISCELLANEOUS
ARCTIC PACKAGE
LEVELING SYSTEM
10,000 LB TRAILER HITCH
INTERIOR S.S. ENTRY ASSIST HANDLE
STORE AMORÉ IN BASEMENT
CARPETED STORAGE BINS
MUD FLAPS (FRONT & REAR)
WATER MANIFOLD SYSTEM
FIRE EXTINGUISHER (2)
POWER SUN VISORS
ENTRANCE DOOR AWNING
DELUXE ELECTRIC MAIN AWNING W/ WIND SENSOR
SLIDE OUT TOPPERS
RALLY HOOKUP
 • HOSE FAUCET • SHOWER HOSE, HEAD & FAUCET
 • TELEPHONE HOOKUP • CABLE TV HOOKUP
 • PAPER TOWEL ROLL DISPENSER
REAR LADDER
ALUMINUM RIMS
POWER STEP/WELL COVER

## POPULAR OPTIONS

### EXTERIOR
O ALUMINUM SLIDING TRAY IN BASEMENT
O DELUXE FULL E BODY PAINT WITH
DOUBLE CLEAR COAT
O BLUE FUSION  O TUNGSTEN SILVER
O SONOMA RED  O TITANIUM SAND

### ELECTRICAL
O DELUXE AIR HORNS
O POP UP TV WITH EURO RECLINER
O 19" LCD COLOR TV BEHIND PASSENGER SEAT
O 19" LCD COLOR TV IN BASEMENT
O IN MOTION SATELLITE SYSTEM
O POWER CORD REEL
O BEDROOM SURROUND SOUND SYSTEM/DVD
O HEAT PUMPS

### FURNISHINGS
O 2-TONE COPILOT SEAT W/ELECTRIC FOOT REST
O 1 RECLINERS WITH FLIP-UP TABLE
O FREESTANDING DINETTE WITH CHAIRS (2)
O FOLDING CHAIRS - WOODEN/MATCH DECOR (2)

### APPLIANCES
O STACKABLE WASH/DRYER (T40 A, B, C, F)
O SLIDE OUT FREEZER IN BASEMENT
O 2 WAY 4 DOOR NORCOLD REFRIGERATOR
WITH ICEMAKER

### BATH
O SHOWER IPO SAUNA (T40F)

### MISCELLANEOUS
O ALUMINUM SLIDING TRAY IN BASEMENT
O ELECTRIC HOLDING TANK DUMP VALVES

### HEATING & COOLING
O 3 SPEED FANTASTIC ATTIC FAN W/WALL SWITCH
IN  O BEDROOM  O SHOWER  O COMMODE



It's Time to
Start Livin'

**Gulf Stream Coach** has been a manufacturer of recreational vehicles for over 25 years. Our slogan, "Family Value", speaks to our family-owned company, the value offered in our products and to our customers.

We use advanced manufacturing techniques to build everything from entry-level travel trailers to luxury motorhomes. We offer the largest product line in the industry.

RV dealers and consumers look to Gulf Stream for high-value products offering quality construction, innovative features, contemporary design, unmatched service and on-going support.

## We'd love to have you as part of the family!

YOUR LOCAL DEALER

TOUR MASTER INC.
P.O. BOX 426 • NAPPANEE, IN 46550
PH. 800-211-8794 • FAX (574) 773-7473
WWW.TOURMASTERRV.COM

VISIT WWW.GULFSTREAMRV.COM



# CERTIFICATE OF ORIGIN FOR A VEHICLE

## FREIGHTLINER CUSTOM CHASSIS

DATE: 12/13/05

INVOICE NO: D89298

VEHICLE IDENTIFICATION NO: 4UZAB2CY46CW81682

YEAR: N/A

MAKE: FREIGHTLINER

BODY TYPE: MOTORHOME

SHIPPING WEIGHT: 11071

| H.P. (S.A.E.) | G.V.W.R. | NO. CYLS. | SERIES OR MODEL |
|---|---|---|---|
| 400 | 32000 | 6 | XC-R CHASSIS |

MODEL YEAR N/A INCOMPLETE VEHICLE

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.:

GULF STREAM COACH, INC.
503 SOUTH OAKLAND
NAPPANEE IN 46550

It is further certified that this was the first transfer of such new motor vehicle in ordinary trade and commerce.

FREIGHTLINER CUSTOM CHASSIS

BY _Bernie Blackwell_
(SIGNATURE OF AUTHORIZED REPRESENTATIVE)     (AGENT)

169701

552 HYATT STREET • GAFFNEY, SC 29341
CITY • STATE     FOS-069 (7/95)

**EXHIBIT C**

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is new and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle.
FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THIS REVERSIONS CERTIFICATE

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S) TOUR MASTER RECREATIONAL VEHICLES INC

ADDRESS 505 COUNTY ROAD 7, NAPPANEE IN

I certify to the best of my knowledge that the odometer reading is 10 No Tenths

DEALER GULF STREAM COACH INC. 1211My
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

State of INDIANA

County of ELKHART

Notary Public, State of Indiana
Kosciusko County
My Commission Expires
November 18, 2012

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before this _____ day of _____ 2006
_____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) CALIFORNIA RV SUPERCENTER

ADDRESS MAIL TO: 1400 N DUTTON AVE, 170 TODD ROAD, SANTA ROSA CA 95407

I certify to the best of my knowledge that the odometer reading is 12 No Tenths

DEALER TOUR MASTER RECREATIONAL VEHICLES INC 1211M
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

State of INDIANA

County of ELKHART

SHELLEY R PARSONS AGENT

Notary Public, State of Indiana
Kosciusko County
My Commission Expires
November 18, 2012

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn before this _____ day of _____ _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY: _____
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

State of _____

County of _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____
_____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY: _____
NAME OF DEALERSHIP   DEALER'S LICENSE NUMBER

State of _____

County of _____

Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____
_____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.
WARNING ODOMETER DISCREPANCY

Signature(s) of Seller(s) _____   Date of Statement _____ Date of Sale _____

Printed Name(s) of Seller(s) _____ Dealer's No. _____   Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____

Signature(s) of Purchaser(s) _____

Printed Name(s) of Purchaser(s) _____   State of _____

Address of Purchaser(s) _____   County of _____ _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____

# CERTIFICATE OF ORIGIN FOR A VEHICLE



**TOUR MASTER**

| DATE | | INVOICE NO. |
|---|---|---|
| 01/27/2006 | | 68- 9392 |

| VEHICLE IDENTIFICATION NO. | YEAR | MAKE |
|---|---|---|
| 4UZAB2CY46CW81682 | 2006 | TOUR MASTER |

**BODY TYPE**
CLASS A MOTOR HOME

SHIPPING WEIGHT *27,708

| H.P. (S.A.E) | G.V.W.R | NO. CYLS. | SERIES OR MODEL | |
|---|---|---|---|---|
| 400 | 32000 | 6 | 68-6-A-T40 | - 9392 |

**\*APPROX. UNIT BASE WEIGHT PLUS WEIGHT OF LISTED OPTIONS DOES NOT INCLUDE FLUIDS**

I, the undersigned authorized representative of the company, firm or corporation named below, hereby certify that the new vehicle described above is the property of the said company, firm or corporation and is transferred on the above date and under the Invoice Number indicated to the following distributor or dealer.

NAME OF DISTRIBUTOR, DEALER, ETC.

CALIFORNIA RV SUPERCENTER
MAIL TO: 1400 N DUTTON AVE
170 TODD ROAD
SANTA ROSA          CA  95407

If the vehicle described hereon is a motor home the undersigned certifies that it is equipped with at least four of the following life support systems; cooking, refrigeration or ice box, self-contained toilet, heating and/or air conditioning, a potable water supply system including a faucet and sink, separate 110-115 volt electrical power supply and/or an LP gas supply, all of which meet the ANSI A119.2 standards.

It is further certified that this was the first transfer of such new vehicle in ordinary trade and commerce.

**TOUR MASTER**          1211M

BY: _Sara Myer_
[SIGNATURE OF AUTHORIZED REPRESENTATIVE]          (AGENT)

№  01198          **NAPPANEE, INDIANA 46550**
CITY-STATE

Each undersigned seller certifies to the best of his knowledge, information and belief under penalty of law that the vehicle is now and has not been registered in this or any state at the time of delivery and the vehicle is not subject to any security interests other than those disclosed herein and warrant title to the vehicle.

**FOR VALUE RECEIVED I TRANSFER THE VEHICLE DESCRIBED ON THE FACE OF THIS CERTIFICATE TO:**

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 1**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 2**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 3**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**DISTRIBUTION-DEALER ASSIGNMENT NUMBER 4**

NAME OF PURCHASER(S) _____

ADDRESS _____

I certify to the best of my knowledge that the odometer reading is _____ No Tenths

DEALER _____ BY: _____
NAME OF DEALERSHIP    DEALER'S LICENSE NUMBER

State of _____ Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____

County of _____ Notary Public

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**ODOMETER DISCLOSURE FOR RETAIL SALE**

Federal Law requires you to state the odometer mileage in connection with the transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

I certify to the best of my knowledge that the odometer reading is the actual mileage of the vehicle unless one of the following statements is checked. Odometer Reading _____ No Tenths. ☐ The mileage stated is in excess of its mechanical limits. ☐ The odometer reading is not the actual mileage.

**WARNING ODOMETER DISCREPANCY**

Signature(s) of Seller(s) _____

Printed Name(s) of Seller(s) _____ Dealer's No. _____ Date of Statement _____ Date of Sale _____
Being duly sworn upon oath says that the statements set forth are true and correct. Subscribed and sworn to me before this _____ day of _____

Signature(s) of Purchaser(s) _____

Printed Name(s) of Purchaser(s) _____ State of _____ Notary Public

Address of Purchaser(s) _____ County of _____

USE NOTARIZATION ONLY IF REQUIRED IN TITLING JURISDICTION

**LIENHOLDER**

1st lien in favor of _____

whose address is _____

2nd lien in favor of _____

whose address is _____