1  DARRYL J. HOROWITT #100898
   DANIA M. ALVARENGA #244486
2  COLEMAN & HOROWITT, LLP
   Attorneys at Law
3  499 West Shaw, Suite 116
   Fresno, California 93704
4  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
5
   Attorneys for Defendant,
6  GULF STREAM COACH, INC.

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 AQUAIR VENTURES, LLC, ANTONIA         NO.    C 08-02903 SC
   CITRINO, and JOSEPH GEIGER,
12
                Plaintiffs,
13                                         **[PROPOSED] ORDER GRANTING
       v.                                  DEFENDANT'S MOTION TO
14                                         DISMISS**
   GULF STREAM COACH, INC., and
15 DOES 1 through 30,
                                           Date:       August 1, 2008
                                           Time:       10:00 a.m.
16              Defendants.                Courtroom:  1

17

18

19     The motion of Defendant, GULF STREAM COACH, INC., to dismiss pursuant to FRCP

20 Rule 12(b)(6) came on regularly for hearing before the Honorable Samuel Conti, judge

21 presiding. Plaintiffs, AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH

22 GEIGER, appeared through Donald Seth of the Law Offices of Donald Seth. Defendant, GULF

23 STREAM COACH, INC., appeared through Dania M. Alvarenga of Coleman & Horowitt, LLP.

24     The court, having read the papers and pleadings on file and considering the oral argument

25 of counsel, finds as follows:

26     1.   The contract attached to Plaintiffs; complaint identifies the purchaser of the Tour

27 Master recreational vehicle as AQUAIR VENTURES, LLC, a Montana limited liability

28 company; neither ANTONIA CITRINO nor JOSEPH GEIGER were purchasers of the RV;

*Aquair Ventures LLC, et al.*
*v. Gulf Stream Coach, Inc., et al.*
Case No. C 08-02903 SC

    2.    The Manufacturer's Statement of Origin (Exhibit "B" to Defendant's Request To Take Judicial Notice) and the brochure for the RV show that the weight of the RV was in excess of 10,000 pounds;

    3.    Because AQUAIR VENTURES, LLC was the purchaser of the RV, which weighed in excess of 10,000 pounds, AQUAIR is not a consumer as that term is defined in the Song-Beverly Consumer Warranty Act, California Civil Code § 1791, and thus may not maintain an action based on the Act; and,

    4.    Because neither ANTONIA CITRINO nor JOSEPH GEIGER were purchasers of the RV identified in Plaintiffs' complaint, they are not real parties in interest in this action and thus may not maintain an action against Defendant.

The above findings of fact having been made and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

    1.    Defendant's Request to Take Judicial Notice of Documents and Facts is hereby GRANTED;

    2.    Defendant's Motion to Strike the first claim for relief for violation of Song-Beverly Consumer Warranty Act is hereby GRANTED without leave to amend;

    3.    Defendant's Motion to Strike the entire action as to Plaintiffs, ANTONIA CITRINO and JOSEPH GEIGER, is hereby GRANTED in its entirety without leave to amend.

Dated: _____

                        HON. SAMUEL CONTI
                        SENIOR JUDGE, UNITED STATES
                        DISTRICT COURT, NORTHERN
                        DISTRICT OF CALIFORNIA