DARRYL J. HOROWITT #100898
DANIA M. ALVARENGA #244486
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile: (559) 248-4830

Attorneys for Defendant,
GULF STREAM COACH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER,<br><br>Plaintiffs,<br><br>v.<br><br>GULF STREAM COACH, INC., and DOES 1 through 30,<br><br>Defendants. | NO. 3:08-CV-02903-SC<br><br>**CERTIFICATE OF SERVICE** |

   I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

   On June 17, 2008, I served the following documents described as:

   1. Answer to Plaintiffs' Unverified Complaint;

   2. Notice of Motion and Motion to Dismiss; Memorandum of Points and Authorities;

   3. Request to Take Judicial Notice; and

   4. Proposed Order Granting Defendant's Motion to Dismiss.

on the interested parties as follows:

///

<u>Attorney for Plaintiffs</u>:

Donald F. Seth, Esq.
Law Office of Donald F. Seth
290 B Street, Suite 205
Santa Rosa, CA 95401

by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

    I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

    Executed on June 17, 2008, at Fresno, California.

*/s/ Christine English*
Christine English