DARRYL J. HOROWITT #100898
DANIA M. ALVARENGA #244486
COLEMAN & HOROWITT, LLP
Attorneys at Law
499 West Shaw, Suite 116
Fresno, California 93704
Telephone: (559) 248-4820
Facsimile:  (559) 248-4830

Attorneys for Defendant,
GULF STREAM COACH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER,<br><br>Plaintiffs,<br><br>v.<br><br>GULF STREAM COACH, INC., and DOES 1 through 30,<br><br>Defendants. | NO.   C 08-02903 SC<br><br>**ERRATA TO<br>NOTICE OF MOTION AND<br>MOTION TO DISMISS**<br><br>Date:       August 1, 2008<br>Time:       10:00 a.m.<br>Courtroom: 1 |

TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the notice of motion and motion to dismiss filed by Defendant, GULF STREAM COACH, INC., on June 16, 2008, contained a typographical error on page 1, line 22.  The hearing on the motion has been scheduled for **August 1, 2008** (not July 25, 2008, as stated in the previous notice), at 10:00 a.m., in Courtroom 1 of the U.S. District Court, located at 450 Golden Gate Avenue, San Francisco.

The previously filed motion is correct in all other respects.

Dated: June 24, 2008                             COLEMAN & HOROWITT, LLP

                                                              By: /s/_____
                                                              DANIA M. ALVARENGA
                                                              Attorneys for Defendant,
                                                              GULF STREAM COACH, INC.

1

## PROOF OF SERVICE

   I declare that I am a resident of the County of Fresno. I am over the age of eighteen (18) years and not a party to the within action. My business address is 499 West Shaw, Suite 116, Fresno, California 93704.

   On June 24, 2008, I served the foregoing document(s) described as **ERRATA TO NOTICE OF MOTION AND MOTION TO DISMISS** on the interested parties, addressed as follows:

Donald F. Seth, Esq.
Law Office of Donald F. Seth
290 B Street, Suite 205
Santa Rosa, CA 95401

[x] BY MAIL - by placing [x] a true and correct copy [] the original thereof enclosed in a sealed envelope with postage thereon fully prepaid in the firm's outgoing mail. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. It is deposited with United States Postal Service on that same day in the ordinary course of business.

[] BY CALIFORNIA OVERNIGHT - by placing [] a true and correct copy [] the original thereof enclosed in a sealed envelope for delivery via California Overnight next day delivery to the addressee noted above.

[] BY HAND DELIVERY - by delivering by hand and leaving a true copy with the person and at the address shown above.

[] BY FACSIMILE TRANSMISSION - by causing a true facsimile thereof to be electronically transmitted to the parties, by using their facsimile number indicated below.

   Facsimile No.

[] STATE: I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[x] FEDERAL: I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

   Executed on June 24, 2008, at Fresno, California.

                 _____
                  Christine English