DONALD F. SETH, ESQ., CA SBN 92318
290 B Street, Suite 205
Santa Rosa, CA 95401
(707)545-6370 telephone
(707)545-9770 facsimile

Counsel for Plaintiffs AQUAIR VENTURES, LLC,
ANTONIA CITRINO, and
JOSEPH GEIGER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER,<br><br>Plaintiffs,<br><br>v.<br><br>GULF STREAM COACH, INC., and DOES 1 through 30,<br><br>Defendants. | Case No. C 08-02903 SC<br><br>**DECLARATION OF ANTONIA CITRINO**<br><br>Date:      August 1, 2008<br>Time:     10:00 a.m.<br>Courtroom:   1 |

**DECLARATION OF ANTONIA CITRINO**

I, Antonia Citrino, declare as follows:

1. I am a plaintiff in the above-captioned action. I am personally familiar with the facts set forth in this declaration, and if called as a witness could competently testify thereto.

2. Joseph Geiger and I purchased the new Gulf Stream RV at issue in this lawsuit on or about May 18, 2006. A true and correct copy of the purchase contract is attached hereto as Exhibit A.

DECLARATION OF ANTONIA CITRINO
C 08-02903 SC

3. Before purchasing the motor home, Gulf Stream Coach, Inc.'s ("Gulf Stream") authorized dealer told us that we could receive certain tax benefits by setting up a Montana business entity, and then buying the RV in its name.

4. Gulf Stream's dealer gave us the name of a Montana law firm called "Action Services LLC" that it said could help us set up a Montana business entity, in order to purchase the RV.

5. On Gulf Stream's dealer's advice, we contacted the law firm, and formed Aquair Ventures, LLC ("Aquair") on May 16, 2006, specifically for the purpose of purchasing the RV in its name.

6. We would not have formed Aquair, or any other business entity, and we would not have purchased the vehicle in Aquair's name, or any other business entity's name, had Gulf Stream's dealer not suggested it to us.

7. No person or entity, other than Joseph Geiger and me, holds any ownership interest in Aquair.

8. We bought the RV in Aquair's name because we believed we had to use an out-of-state company name in order to take advantage of certain tax benefits available to us. We always intended to use the motor home primarily for our own personal use: to travel around, and to live in while looking for a retirement location outside California. A secondary, minor purpose of buying the RV was to haul our hobby equipment, remote-controlled model airplanes, to hobby shows.

9. At the time of purchase, we did not intend to use the motor home for business purposes, and we have never used it for business purposes. This fact is indicated on the face of the purchase contract, where we checked the box entitled "Primary Use For Which Purchased"

1 as "personal, family or household." (See Exhibit A, upper right-hand corner of page 1).

2   10. Soon after purchase, we found that the windshield leaked water, did not fit in the vehicle properly, and came out of the frame while the vehicle was traveling on the highway.

   11. After at least four attempts at repair, Gulf Stream has been unable to repair the windshield.

   12. We have notified Gulf Stream that the vehicle is defective and that we desire a buy-back, but Gulf Stream has refused to buy the vehicle back from us.

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 11, 2008

*/s/ Antonia Citrino*
ANTONIA CITRINO

---

DECLARATION OF ANTONIA CITRINO
C 08-02903 SC                    - 3 -

**EXHIBIT A**

# RETAIL INSTALLMENT SALE CONTRACT
## SIMPLE INTEREST FINANCE CHARGE

Dealer Number 62374    Contract Number _____    R.O.S. Number _____    Stock Number 1151

| Buyer (and Co-Buyer) Name and Address (Including County and Zip Code) | Creditor - Seller (Name and Address) |
|---|---|
| AQUAIR VENTUR LLC<br>725 S W HIGGINS AVE STE C<br>MISSOULA, MT 59803 | CALIFORNIA RV SUPERCENTER<br>170 TODD RD<br>SANTA ROSA CA 95407 |

You, the Buyer (and Co-Buyer, if any), may buy the vehicle below for cash or on credit. By signing this contract, you choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay the Creditor - Seller (sometimes "we" or "us" in this contract) the Amount Financed and Finance Charge according to the payment schedule below. We will figure your finance charge on a daily basis. The Truth-In-Lending Disclosures below are part of this contract.

| New/Used | Year | Make and Model | Odometer | Vehicle Identification Number | Primary Use For Which Purchased |
|---|---|---|---|---|---|
| NEW | 2006 | TOUR MASTER MH | 2724 | 4UZAB2CY46CW81682 | ☒ personal, family or household<br>☐ business or commercial |

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $ 2000.00 |
|---|---|---|---|---|
| 0.00 % | $ 0.00 (e) | $ 204565.50 | $ N/A (e) | $ 2000.00 (e) |

(e) means an estimate

**YOUR PAYMENT SCHEDULE WILL BE:**

| Number of Payments: | Amount of Payments: | When Payments Are Due: |
|---|---|---|
| One Payment of | | |
| One Payment of | | |
| -1 Payments | 204565.50 | Monthly, Beginning 05/18/06 |
| Payments | | Monthly, Beginning |
| One Final Payment | 204565.50 | 05/18/06 |

**Late Charge.** If payment is not received in full within 10 days after it is due, you will pay a late charge of 5% of the part of the payment that is late.
**Prepayment.** If you pay off all your debt early, you may be charged a minimum finance charge.
**Security Interest.** You are giving a security interest in the vehicle being purchased.
**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, minimum finance charges, and security interest.

### ITEMIZATION OF THE AMOUNT FINANCED

1. **Total Cash Price**
   - A. Cash Price of Motor Vehicle and Accessories    $ 201499.00 (A)
     1. Cash Price Vehicle    $ 199500.00
     2. Cash Price Accessories    $ N/A
     3. Other (Nontaxable)
        Describe PERMA PLATE    $ 1999.00
        Describe _____    $ N/A
   - B. Document Preparation Fee (not a governmental fee)    $ 45.00 (B)
   - C. Smog Fee Paid to Seller    $ N/A (C)
   - D. Sales Tax (on taxable items in A+B+C)    $ N/A (D)
   - E. Optional DMV Electronic Filing Fee*    $ N/A (E)
   - F. (Optional) Service Contract*    $ 4999.00 (F)
   - G. (Optional) Service Contract*    $ N/A (G)
   - H. Prior Credit or Lease Balance paid by Seller to _____    $ N/A (H)
     (see downpayment and trade-in calculation)
   - I. (Optional) Gap Contract (to whom paid)* _____    $ N/A (I)
   - J. Other (to whom paid)* _____    $ N/A (J)
     For _____
   - **Total Cash Price (A through J)**    $ 206543.00 (1)
2. **Amounts Paid to Public Officials**
   - A. License Fees    $ 12.00 (A)
   - B. Registration/Transfer/Titling Fees    $ N/A (B)
   - C. California Tire Fees*    $ 10.50 (C)
   - D. Other _____    $ N/A (D)
   - E. Other _____    $ N/A (E)
   - **Total Official Fees (A through E)**    $ 22.50 (2)
3. **Amount Paid to Insurance Companies**
   (Total premiums from Statement of Insurance column a + b)*    $ N/A (3)
4. **Smog Certification or Exemption Fee Paid to State**    $ N/A (4)
5. **Subtotal (1 through 4)**    $ 206565.50 (5)
6. **Total Downpayment**
   - A. Agreed Trade-In Value Yr ___ Make ___    $ 27681.00 (A)
     Model ___ Odom ___
     VIN ___
   - B. Less Prior Credit or Lease Balance    $ 27681.00 (B)
   - C. Net Trade-In (A less B) (indicate if a negative number)    $ N/A (C)
   - D. Deferred Downpayment    $ N/A (D)
   - E. Manufacturer's Rebate    $ N/A (E)
   - F. Other    N/A    $ N/A (F)
   - G. Cash    $ 2000.00 (G)

### STATEMENT OF INSURANCE

**NOTICE.** No person is required as a condition of financing the purchase of a motor vehicle to purchase or negotiate any insurance through a particular insurance company, agent or broker. You are not required to buy any other insurance to obtain credit. Your decision to buy or not buy other insurance will not be a factor in the credit approval process.

**Vehicle Insurance**

|  | Term | Premium |
|---|---|---|
| $ N/A Ded. Comp., Fire & Theft | ___ Mos. | $ N/A |
| $ N/A Ded. Collision | ___ Mos. | $ N/A |
| Bodily Injury $ N/A Limits | ___ Mos. | $ N/A |
| Property Damage $ N/A Limits | ___ Mos. | $ N/A |
| Medical | ___ Mos. | $ N/A |
|  | ___ Mos. | $ N/A |
| Total Vehicle Insurance Premiums | | $ N/A (a) |

UNLESS A CHARGE IS INCLUDED IN THIS AGREEMENT FOR PUBLIC LIABILITY OR PROPERTY DAMAGE INSURANCE, PAYMENT FOR SUCH COVERAGE IS NOT PROVIDED BY THIS AGREEMENT.

You may buy the physical damage insurance this contract requires (see back) from anyone you choose who is acceptable to us. You are not required to buy any other insurance to obtain credit.

Buyer X *Aquair Venture LLC by Antonia D. Citrus, member*
Co-Buyer X
Seller X _____

If any insurance is checked below, policies or certificates from the named insurance companies will describe the terms and conditions.

### Application for Optional Credit Insurance
☐ Credit Life: ☐ Buyer ☐ Co-Buyer ☐ Both
☐ Credit Disability (Buyer Only)

|  | Term | Exp. | Premium |
|---|---|---|---|
| Credit Life | ___ Mos. | | $ N/A |
| Credit Disability | ___ Mos. | | $ N/A |
| Total Credit Insurance Premiums | | | $ N/A (b) |

Insurance Company Name _____

Home Office Address _____

Credit life insurance and credit disability insurance are not required to obtain credit. Your decision to buy or not buy credit life and credit disability insurance will not be a factor in the credit approval process. They will not be provided unless you sign and agree to pay the extra cost. Credit life insurance is based on your original payment schedule. This insurance may not pay all you owe on this contract if you make late payments. Credit disability insurance does not cover any increase in your payment or in the number of payments. Coverage for credit life insurance and credit disability insurance ends on the original due date for the last payment unless a different term for the insurance is shown above.

You are applying for the credit insurance marked above. Your signature below means that you agree that: (1) You are not eligible for insurance if you have reached your 65th birthday. (2) You are eligible for disability insurance only if you are working for wages or profit 30 hours a week or more on the Effective Date. (3) Only the Primary Buyer is eligible for disability insurance. DISABILITY INSURANCE MAY NOT COVER CONDITIONS FOR WHICH YOU HAVE SEEN A DOCTOR OR CHIROPRACTOR IN THE LAST 6 MONTHS (Refer to "Total Disabilities Not Covered" in your policy for details).
You want to buy the credit insurance.

05/18/06   X *NA*   _____
Date   Buyer Signature   Age

05/18/06   X _____   _____
Date   Co-Buyer Signature   Age

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 11. See your gap contract for details on the protection it provides. It is a part of this contract.

Term N/A   Mos. N/A

| | | | |
|---|---|---|---|
| 5. Subtotal (1 through 4) | | $ 206565.50 | (5) |
| 6. Total Downpayment | | | |
| A. Agreed Trade-In Value Yr ___ Make ___ | $ 27681.00 | (A) | |
| Model ___ Odom ___ | | | |
| VIN ___ | | | |
| B. Less Prior Credit or Lease Balance | $ 27681.00 | (B) | |
| C. Net Trade-In (A less B) (indicate if a negative number) | $ N/A | (C) | |
| D. Deferred Downpayment | $ N/A | (D) | |
| E. Manufacturer's Rebate | $ N/A | (E) | |
| F. Other ___ N/A ___ | $ N/A | (F) | |
| G. Cash | $ 2000.00 | (G) | |
| Total Downpayment (C through G) | | $ 2000.00 | (6) |
| (If negative, enter zero on line 6 and enter the amount less than zero as a positive number on line 1H above) | | | |
| 7. Amount Financed (5 less 6) | | $ 204565.50 | (7) |

*Seller may keep part of these amounts.

**SELLER ASSISTED LOAN**
BUYER MAY BE REQUIRED TO PLEDGE SECURITY FOR THE LOAN, AND WILL BE OBLIGATED FOR THE INSTALLMENT PAYMENTS ON BOTH THIS RETAIL INSTALLMENT SALE CONTRACT AND THE LOAN.

Proceeds of Loan From: ___
Amount $ N/A   Finance Charge $ N/A
Total $ N/A    Payable in N/A
installments of $ N/A   $ N/A
from this Loan is shown in item 6D.

**AUTO BROKER FEE DISCLOSURE**
If this contract reflects the retail sale of a new motor vehicle, the sale is not subject to a fee received by an autobroker from us unless the following box is checked:

☐ Name of autobroker receiving fee, if applicable:

**[Right column box]**
You want to buy the credit insurance.
X ___ 05/18/06 Date  Buyer Signature ___ Age
X ___ 05/18/06 Date  Co-Buyer Signature ___ Age

**OPTIONAL GAP CONTRACT** A gap contract (debt cancellation contract) is not required to obtain credit and will not be provided unless you sign below and agree to pay the extra charge. If you choose to buy a gap contract, the charge is shown in item 1I. See your gap contract for details on the protection it provides. It is a part of this contract.

Term N/A    Mos. N/A   Name of Gap Contract

You want to buy a gap contract.
Buyer X _N/A_

**OPTIONAL SERVICE CONTRACT(S)** You want to purchase the service contract(s) written with the following company(ies) for the term(s) shown below for the charge(s) shown in item 1.F and/or 1.G above.

1.F Company ___
Term ___ Mos. or ___ Miles
1.G Company ___
Term ___ Mos. or ___ Miles
Buyer _Aquair Ventures, LLC by Antonia D Citrino, Member_

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing and both you and we must sign it. No oral changes are binding.

X _N/A_ Buyer Signs
X ___ Co-Buyer Signs

---

**NOTICE OF RESCISSION RIGHTS**
If Buyer and Co-Buyer sign here, the provisions of the Rescission Rights section on the back giving the Seller the right to rescind if Seller is unable to assign this contract to a financial institution will apply.
Buyer X ___    Co-Buyer X ___

**OPTION:** ☐ You pay no finance charge if the Amount Financed, item 7, is paid in full on or before ___, Year ___ . SELLER'S INITIALS ___

THE MINIMUM PUBLIC LIABILITY INSURANCE LIMITS PROVIDED IN LAW MUST BE MET BY EVERY PERSON WHO PURCHASES A VEHICLE. IF YOU ARE UNSURE WHETHER OR NOT YOUR CURRENT INSURANCE POLICY WILL COVER YOUR NEWLY ACQUIRED VEHICLE IN THE EVENT OF AN ACCIDENT, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
**WARNING:**
YOUR PRESENT POLICY MAY NOT COVER COLLISION DAMAGE OR MAY NOT PROVIDE FOR FULL REPLACEMENT COSTS FOR THE VEHICLE BEING PURCHASED. IF YOU DO NOT HAVE FULL COVERAGE, SUPPLEMENTAL COVERAGE FOR COLLISION DAMAGE MAY BE AVAILABLE TO YOU THROUGH YOUR INSURANCE AGENT OR THROUGH THE SELLING DEALER. HOWEVER, UNLESS OTHERWISE SPECIFIED, THE COVERAGE YOU OBTAIN THROUGH THE DEALER PROTECTS ONLY THE DEALER, USUALLY UP TO THE AMOUNT OF THE UNPAID BALANCE REMAINING AFTER THE VEHICLE HAS BEEN REPOSSESSED AND SOLD.
FOR ADVICE ON FULL COVERAGE THAT WILL PROTECT YOU IN THE EVENT OF LOSS OR DAMAGE TO YOUR VEHICLE, YOU SHOULD CONTACT YOUR INSURANCE AGENT.
THE BUYER SHALL SIGN TO ACKNOWLEDGE THAT HE/SHE UNDERSTANDS THESE PUBLIC LIABILITY TERMS AND CONDITIONS.
S/S X _Aquair Ventures, LLC by Antonia D Citrino, Member_   X ___

**Representations of Buyer:** Seller has relied on the truth and accuracy of the information provided by you in connection with the Trade-In Vehicle. You represent that you have given a true payoff amount on the vehicle traded in. If the payoff amount is more than the amount shown above in item 6.B as "Prior Credit or Lease Balance," you must pay Seller the excess on demand. If the payoff amount is less than the amount shown above in item 6.B as "Prior Credit or Lease Balance," Seller will refund the difference to you.
Buyer X _Aquair Ventures, LLC by Antonia D Citrino, Member_   Co-Buyer X ___

**Notice to buyer:**
(1) Do not sign this agreement before you read it or if it contains any blank spaces to be filled in. (2) You are entitled to a completely filled in copy of this agreement. (3) You can prepay the full amount due under this agreement at any time. (4) If you default in the performance of your obligations under this agreement, the vehicle may be repossessed and you may be subject to suit and liability for the unpaid indebtedness evidenced by this agreement.

If you have a complaint concerning this sale, you should try to resolve it with the seller.
Complaints concerning unfair or deceptive practices or methods by the seller may be referred to the city attorney, the district attorney, or an investigator for the Department of Motor Vehicles, or any combination thereof.
After this contract is signed, the seller may not change the financing or payment terms unless you agree in writing to the change. You do not have to agree to any change, and it is an unfair or deceptive practice for the seller to make a unilateral change.
Buyer Signature _Aquair Ventures, LLC by Antonia D Citrino, Member_ • Co-Buyer Signature X ___

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this contract and retain its right to receive a part of the Finance Charge.**

| THERE IS NO COOLING OFF PERIOD | YOU AGREE TO THE TERMS OF THIS CONTRACT. YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONTRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT. YOU CONFIRM THAT YOU RECEIVED A COMPLETELY FILLED-IN COPY WHEN YOU SIGNED IT. |
|---|---|
| California law does not provide for a "cooling off" or other cancellation period for vehicle sales. Therefore, you cannot later cancel this contract simply because you change your mind, decide the vehicle costs too much, or wish you had acquired a different vehicle. After you sign below, you may only cancel this contract with the agreement of the seller or for legal cause, such as fraud. | |

Buyer Signature X _Aquair Ventures, LLC by_   Date 5/18/06   Co-Buyer Signature ___ Date ___
_Antonia D Citrino, Member_

Co-Buyers and Other Owners — A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The other owner agrees to the security interest in the vehicle given to us in this contract.
Other Owner Signature X ___   Address ___

**GUARANTY**
To induce us to sell the vehicle to Buyer, each person who signs as a Guarantor individually guarantees the payment of this contract. If Buyer fails to pay any money owing on this contract, each Guarantor must pay it when asked. Each Guarantor will be liable for the total amount owing even if other persons also sign as Guarantor, and even if Buyer has a complete defense to Guarantor's demand for reimbursement. Each Guarantor agrees to be liable even if we do one or more of the following: (1) give the Buyer more time to pay one or more payments; (2) give a full or partial release to any other Guarantor; (3) release any security; (4) accept less from the Buyer than the total amount owing; or (5) otherwise reach a settlement relating to this contract or extend the contract. Each Guarantor acknowledges receipt of a completed copy of this contract and guaranty at the time of signing.
Guarantor waives notice of acceptance of this Guaranty, notice of the Buyer's non-payment, non-performance, and default; and notices of the amount owing at any time, and of any demands upon the Buyer.

Guarantor X _Aquair Ventures, LLC by Antonia D Citrino, Member_ Date ___   Guarantor X ___ Date ___
Address ___   Address ___

Seller Signs _CALIFORNIA RV SUPERCENTER_   Date _5/18/06_   By X ___   Title ___

FORM NO. 553-CA (REV. 1/05) U.S. PATENT NO. D460,762
LAW ©2005 Reynolds and Reynolds TO ORDER: www.reysource.com; 1-800-344-0996; fax 1-800-531-9055
THE PRINTER MAKES NO WARRANTY, EXPRESS OR IMPLIED, AS TO CONTENT OR FITNESS FOR PURPOSE OF THIS FORM. CONSULT YOUR OWN LEGAL COUNSEL.

CUSTOMER / TRUTH IN LENDING COPY

DONALD F. SETH, ESQ., CA SBN 92318
290 B Street, Suite 205
Santa Rosa, CA 95401
(707)545-6370 telephone
(707)545-9770 facsimile

Counsel for Plaintiffs AQUAIR VENTURES, LLC,
ANTONIA CITRINO, and
JOSEPH GEIGER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER,<br><br>Plaintiffs,<br><br>v.<br><br>GULF STREAM COACH, INC., and DOES 1 through 30,<br><br>Defendants.<br>_____/ | Case No. C 08-02903 SC<br><br>**DECLARATION OF AQUAIR VENTURES, LLC BY JOSEPH GEIGER**<br><br>Date:       August 1, 2008<br>Time:       10:00 a.m.<br>Courtroom:  1 |

**DECLARATION OF AQUAIR VENTURES, LLC BY JOSEPH GEIGER**

I, Joseph Geiger, declare on behalf of Aquair Ventures, LLC, as follows:

1. I am a Member (Owner) and Manager of Aquair Ventures, LLC (hereinafter, "Aquair"), a plaintiff in the above-captioned action, and I am authorized to make this declaration on its behalf. I am personally familiar with the facts set forth in this declaration, and if called as a witness could competently testify thereto.

2. I hold a 50% ownership share in Aquair; co-plaintiff Antonia Citrino owns an equal 50% share. No person or entity, other than Antonia Citrino and Joseph Geiger, holds any ownership interest in Aquair.

3. Aquair is a Montana limited liability company, formed on May 16, 2006.

4. Aquair was formed for the following purpose: to purchase a motor home for its two members (owners), Joseph Geiger and Antonia Citrino, to allow them to take advantage of certain tax benefits.

5. Aquair purchased the new Gulf Stream motor home at issue here on or about May 18, 2006. Aquair purchased the vehicle primarily for the personal, family, or household use of Joseph Geiger and Antonia Citrino.

6. Aquair did not purchase the vehicle with the intention to use it, and has never used it, for business purposes.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July __11__, 2008

_____
JOSEPH GEIGER
Member (Owner) and Manager, AQUAIR VENTURES, LLC

---

DECLARATION OF AQUAIR VENTURES, LLC BY JOSEPH GEIGER
- 2 -

```
 1  DONALD F. SETH, ESQ., CA SBN 92318
    290 B Street, Suite 205
 2  Santa Rosa, CA 95401
 3  (707)545-6370 telephone
    (707)545-9770 facsimile
 4
 5  Counsel for Plaintiffs AQUAIR VENTURES, LLC,
    ANTONIA CITRINO, and
 6  JOSEPH GEIGER
 7
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER,  Plaintiffs,  v.  GULF STREAM COACH, INC., and DOES 1 through 30,  Defendants. | Case No. C 08-02903 SC  **[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS**  Date:    August 1, 2008  Time:    10:00 a.m.  Courtroom:    1 |

The motion of defendant GULF STREAM COACH, INC. ("GULF STREAM") to dismiss pursuant to FRCP Rule 12(b)(6) came on regularly for hearing before Honorable Samuel Conti. Plaintiffs ANTONIA CITRINO, JOSEPH GEIGER, and AQUAIR VENTURES, LLC appeared through their attorney Donald F. Seth of the Law Offices of Donald F. Seth. Defendant GULF STREAM appeared through its attorney Dania M. Alvarengo of Coleman & Horowitt, LLP.

The court, having read the papers and pleadings on file, finds as follows:

_____
[PROPOSED] ORDER DENYING DEFENDANT GULF STREAM'S MOTION TO DISMISS
C 08-02903 SC

1. The vehicle at issue in this action, a GULF STREAM Tour Master recreational vehicle ("RV"), was purchased by CITRINO and GEIGER using the name of a business entity, AQUAIR VENTURES, LLC ("AQUAIR"), at the suggestion of GULF STREAM'S authorized dealer. CITRINO and GEIGER would not have formed AQUAIR, and would not have purchased the RV in AQUAIR'S name, but for GULF STREAM'S suggestion.

2. AQUAIR is the *alter ego* of CITRINO and GEIGER. AQUAIR had no separate identity from CITRINO and GEIGER in the purchase of the RV.

3. Dismissal of CITRINO and GEIGER'S claims would be unjust, and they should be allowed to pursue consumer remedies under the Song-Beverly Consumer Warranty Act.

The above findings of fact having been made and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. GULF STREAM'S motion to dismiss all of CITRINO and GEIGER'S claims is hereby DENIED; and

2. GULF STREAM'S motion to dismiss AQUAIR'S first claim for relief for violation the Song-Beverly Consumer Warranty Act is hereby DENIED.

Dated: _____, 2008                    _____
                                                    HON. SAMUEL CONTI
                                                    SENIOR JUDGE, UNITED STATES
                                                    DISTRICT COURT, NORTHERN
                                                    DISTRICT OF CALIFORNIA