1    DARRYL J. HOROWITT #100898
     COLEMAN & HOROWITT, LLP
2    Attorneys at Law
     499 West Shaw, Suite 116
3    Fresno, California 93704
     Telephone: (559) 248-4820
4    Facsimile: (559) 248-4830

5    Attorneys for Defendant,
     GULF STREAM COACH, INC.

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   AQUAIR VENTURES, LLC, ANTONIA           Case No.      C 08-02903 SC
     CITRINO, and JOSEPH GEIGER,
12
                    Plaintiffs,
13
            v.                                **STIPULATION TO EXTEND
14                                            DISCOVERY DATES AND**
     GULF STREAM COACH, INC., and             **[PROPOSED] ORDER**
15   DOES 1 through 30,

16                  Defendants.

17

18          This stipulation is entered into by and between plaintiff, AQUAIR VENTURES, LLC,

19   and defendant, GULF STREAM COACH, INC., by and through their respective attorneys of

20   record, on the following recitals and terms:

21                              **RECITALS**

22          1.      The discovery cutoff date currently scheduled for this matter was April 15, 2009.

23          2.      Defendant, GULF STREAM COACH, INC., has filed a motion to transfer the

24   entire action to the United States District Court, District of Indiana, Northern Division (South

25   Bend), which is currently scheduled to be heard on May 15, 2009.

26          3.      In order to allow the hearing to be held and the parties to know whether the case

27   will be transferred, the parties wish to continue the discovery cutoff dates from those currently

28   set as follows:

                                         1

IT IS SO ORDERED
Judge Samuel Conti

a. Last day to complete non-expert discovery: May 21, 2009;

b. Last day to serve expert witness designation: May 18, 2009;

c. Last day to serve supplemental expert witness designation: May 28, 2009;

d. Last day to conduct expert witness depositions: June 5, 2009.

4. This stipulation may be executed in counterparts.

5. A facsimile and/or electronic signature shall be considered as valid as an original.

Dated: May 12, 2009                LAW OFFICES OF DONALD F. SETH


By: _____
JAMES J. BERGMANN
for DONALD F. SETH
Attorneys for Plaintiff,
AQUAIR VENTURES, LLC


Dated: May 12, 2009                COLEMAN & HOROWITT, LLP


By: _____
DARRYL J. HOROWITT
Attorneys for Defendant,
GULF STREAM COACH, INC.


**[PROPOSED] ORDER**

The parties having so stipulated and good cause appearing therefor,

IT IS SO ORDERED.

Dated: _____


_____
HON. SAMUEL CONTI
Senior Judge, United States District Court,
Northern District of California

2