1  DONALD F. SETH #92318
   290 B Street, Suite 205
2  Santa Rosa, CA 95401
   (707) 545-6370 Telephone
3  (707) 545-9770 Facsimile
   donaldfseth@gmail.com
4
   Attorney for Plaintiffs,
5  AQUAIR VENTURES, LLC,
   ANTONIA CITRINO and JOSEPH GEIGER
6
   DARRYL J. HOROWITT #100898
7  COLEMAN & HOROWITT, LLP
   Attorneys at Law
8  499 West Shaw, Suite 116
   Fresno, California 93704
9  Telephone: (559) 248-4820
   Facsimile: (559) 248-4830
10 dhorowitt@ch-law.com
11 Attorneys for Defendant,
   GULF STREAM COACH, INC.
12
13              UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA

15 AQUAIR VENTURES, LLC, ANTONIA          Case No.      C 08-02903 SC
   CITRINO, and JOSEPH GEIGER,
16
                                          STIPULATION TO CONTINUE
17          Plaintiffs,                   TRIAL DATE AND [PROPOSED]
                                          ORDER
18    v.

19 GULF STREAM COACH, INC., and
   DOES 1 through 30,
20
            Defendants.
21

22        This stipulation is entered into by and between plaintiff, AQUAIR VENTURES, LLC,

23 and defendant, GULF STREAM COACH, INC., by and through their respective attorneys of

24 record, on the following recitals and terms:

25                              **RECITALS**

26    1.    The trial in this matter is set for June 15, 2009.

27    2.    Defendant, GULF STREAM COACH, INC., has filed a motion to transfer the

28 entire action to the United States District Court, District of Indiana, Northern Division (South

                                          1

*Aquair Ventures, LLC v.*
*Gulf Stream Coach, Inc.*
Case No. C 08-02903 SC

Bend), which was currently scheduled to be heard on May 15, 2009. The court has taken the matter under submission.

3.    In order to allow the hearing to be held and the parties to know whether the case will be transferred, the parties stipulated to continue the discovery cutoff dates from those currently set as follows:

       a.    Last day to complete non-expert discovery:  May 21, 2009;

       b.    Last day to serve expert witness designation:  May 18, 2009;

       c.    Last day to serve supplemental expert witness designation:  May 28, 2009;

       d.    Last day to conduct expert witness depositions:  June 5, 2009.

4.    On or about May 13, 2009, the court approved the stipulation to continue discovery.  However, as the order on the motion has not yet been heard, and in order to avoid any unnecessary expense in conducting depositions or retaining and disclosing experts, the parties have held off on conducting depositions or disclosing experts.

5.    The parties wish to avoid preparing for trial in two different venues, and therefore stipulate to continue the trial to September of 2009, or to such other date as granted by this court.

## STIPULATION

With the above facts taken into consideration, the parties hereby stipulate and agree as follows:

1.    The trial in this matter shall be continued to September of 2009, or such other date as may be granted by this court.

2.    The pre-trial conference will be continued to a new date as set by the court.

3.    The discovery cutoff dates shall be continued from those currently set as follows:

       a.    Last day to complete non-expert discovery:  July 20, 2009;

       b.    Last day to serve expert witness designation:  July 31, 2009;

       c.    Last day to serve supplemental expert witness designation: August 14,

2

1  *Aquair Ventures, LLC v.*
   *Gulf Stream Coach, Inc.*
2  <u>Case No. C 08-02903 SC</u>

3

4  2009;

5          d.      Last day to conduct expert witness depositions:  August 28, 2009.

6       4.      This stipulation may be executed in counterparts.

7       5.      A facsimile and/or electronic signature shall be considered as valid as an original.

8

9

10  Dated: May 21, 2009                    LAW OFFICES OF DONALD F. SETH

11

12                                         By:_____

13                                             for DONALD F. SETH
                                               Attorneys for Plaintiff,
14                                             AQUAIR VENTURES, LLC

15  Dated: May 21, 2009                    COLEMAN & HOROWITT, LLP

16

17                                         By:_____
                                               DARRYL J. HOROWITT
18                                             Attorneys for Defendant,
                                               GULF STREAM COACH, INC.
19

20

21                          **[PROPOSED] ORDER**

22  The parties having so stipulated and good cause appearing therefor,

23  IT IS HEREBY ORDERED as follows:

24     1.      The trial in this matter is continued to _____, 20___;

25     2.      The pretrial conference is continued to _____, 20___;

26     3.      The discovery cutoff dates are continued from those currently set to:

27             a.      Last day to complete non-expert discovery:  July 20, 2009;

28             b.      Last day to serve expert witness designation:  July 31, 2009;

3

1   *Aquair Ventures, LLC v.*
    *Gulf Stream Coach, Inc.*
2   Case No. C 08-02903 SC

3

4           c.      Last day to serve supplemental expert witness designation:  August 14,

5   2009;

6           d.      Last day to conduct expert witness depositions: A

7   Dated: _____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DENIED

*Samuel Conti*

Judge Samuel Conti

United States District Court,
Northern District of California

F:\CLIENTS\2250-Gulf Stream\27-Aquair-Citrino\Pldg\StipContTrial.wpd
5/21/09 ~ 10:10 am

C 08-02903 SC
STIPULATION TO CONT TRIAL; [PROPOSED] ORDER