DONALD F. SETH, ESQ.
SBN 92318
290 B Street, Suite 205
Santa Rosa, CA 95401
(707) 545-6370 Telephone
(707) 545-9770 Facsimile
donaldfseth@gmail.com

Attorney for Plaintiff
AQUAIR VENTURES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AQUAIR VENTURES, LLC, ANTONIA CITRINO, and JOSEPH GEIGER, <br><br> Plaintiffs, <br><br> vs. <br><br> GULF STREAM COACH, INC., and DOES 1 through 30, <br><br> Defendants. | CASE NUMBER: C 08-02903 SC <br><br> STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED by and between plaintiff AQUAIR VENTURES, LLC and defendant GULF STREAM COACH, INC., through their designated counsel, that the above-named defendant, including all DOE defendants, be dismissed from the above-captioned action, with prejudice, pursuant to FRCP 41(a).

DATED: _July 21_, 2009      LAW OFFICE OF DONALD F. SETH

By: _____
DONALD F. SETH
Attorney for Plaintiff, AQUAIR VENTURES, LLC

STIPULATION AND ORDER OF DISMISSAL
C 08-02903 SC

1  DATED: 7/23/09, 2009          COLEMAN & HOROWITT, LLP

4                                By: _____
                                     DARRYL J. HOROWITT
                                     Attorney for Defendant, GULF STREAM
                                     COACH, INC.

## ORDER

PURSUANT TO THE STIPULATION, THE COURT ORDERS that defendants GULF STREAM COACH, INC. and all DOE defendants, hereby are dismissed with prejudice, from the above-captioned action as to all claims and allegations brought against it by plaintiff AQUAIR VENTURES, LLP.

This Court DIRECTS the clerk to close this action.

**IT IS SO ORDERED.**

DATED: July 28, 2009

_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER OF DISMISSAL
C 08-02903 SC                                    2